**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Michael v. Fairlife LLC, et al.

Case Number: 1:19-cv-03924

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff and the putative class

Attorney name (type or print): Michael J. McMorrow

Firm: McMorrow Law, P.C.

Street address: 118 N. Clinton Street, Suite 108

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6272702
(See item 3 in instructions)

Telephone Number: 312-265-0708

Email Address: mike@mjmcmorrow.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 12, 2019

Attorney signature: S/ Michael J. McMorrow
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015