**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: FAIRLIFE MILK PRODUCTS MARKETING AND SALES LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2909<br>Master Case No. 19-cv-3924<br>Judge Robert M. Dow, Jr. |

**BRIEF OF TYCKO & ZAVAREEI LLP IN SUPPORT OF
THE APPOINTMENT OF THE DPR TEAM
<u>AS INTERIM LEAD COUNSEL</u>**

Tycko & Zavareei LLP ("TZ"), counsel for Plaintiff Henry Henderson, submits this brief in support of the appointment of Amy E. Keller of DiCello Levitt Gutzler LLC, Melissa S. Weiner of Pearson, Simon & Warshaw, LLP, and Michael R. Reese of Reese LLP (collectively, the "DPR Team") as co-lead interim class counsel in this action. TZ has co-counseled with Ms. Keller, Ms. Weiner, and Mr. Reese on several class cases and is confident that the DPR Team is the right choice to lead this litigation.

The DPR Team is well-qualified to serve as interim lead counsel; each attorney's extensive resume speaks for itself. There is a reason each member of the DPR Team has been appointed lead counsel in multiple other cases, including numerous food law and labeling class actions. They are talented and capable attorneys, strong leaders, and cooperative and pleasant colleagues. The DPR Team has already invested considerable time and resources in moving this litigation forward, and is well positioned to continue to do so. TZ respectfully requests that the Court grant the application of the DPR Team to serve as co-lead interim class counsel.

Dated: December 6, 2019 Respectfully submitted,

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei
Katherine M. Aizpuru
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Phone: 202-973-0900
Fax: 202-973-0950
hzavareei@tzlegal.com
kaizpuru@tzlegal.com
