



Founded in 2011, Saeed & Little, LLP has extensive experience in consumer rights, civil rights, and sex abuse cases. Our attorneys have served both individual and class plaintiffs against financial institutions, insurance companies, manufacturers, debt collectors, and various other private and state-owned entities. Since its inception the firm has grown exponentially and now employs eight (8) attorneys in its Indianapolis office.

## *OUR WORK*

Saeed and Little, LLP has a history of successfully prosecuting class actions against creditors, manufacturers, and insurance companies involving data breaches, false advertising claims, violations of federal and state consumer protection laws, breach of contract claims, and violation of ERISA laws. Attorneys at Saeed and Little, LLP have or currently are involved with: civil rights class actions involving Medicaid benefits and prisoner's rights; and sex abuse class actions against United States Olympic Committee and its associated entities.

Saeed & Little, LLP has also been a pioneer in athlete abuse cases and brought some of the earliest legal actions against the United States Olympic Committee and their associated entities. S&L Firm was also the original source to the Indianapolis Star for the Out of Balance



investigation which ultimately exposed the sexual abuse of Larry Nassar and over a hundred other coaches. S&L Firm has successfully tried and settled several Olympic Sports sex abuse cases. S&L Firm is or previously has been involved with sexual abuse cases against USA Gymnastics, USA Taekwondo, USA Swimming, USA Diving, USA Fencing, USA Speed Skating, Michigan State University, Ohio State University, several catholic dioceses, and a number of other state and private entities. Additionally, the attorneys at Saeed & Little, LLP have been involved in a number of high-profile civil and constitutional rights cases involving marriage rights, wrongful convictions, inmates' rights, abuse and overreach by law enforcement, and academic freedom.

Saeed & Little, LLP has attorneys licensed in Arizona, California, Colorado, Illinois, Indiana, Kentucky, Missouri New York, Ontario, Canada and Venezuela, all zealously fighting to ensure that justice is not meted out on a sliding scale of economic wherewithal.

## OUR RESULTS

The following is a non-exhaustive list of recent class action settlements obtained by attorneys at S&L Firm:

*W.P. v. Anthem Insurance Companies, Inc.* filed in the Southern District of Indiana, Indianapolis Division (1:15-cv-00562-TWP-TAB). Negotiated a settlement for $1.63 Million and Anthem's agreement to modify their guidelines on how they determined coverage for ABA therapy for kids with Autism.

*John Gehrich v. Chase Bank USA, NA.*, filed in the Northern District of Illinois, Eastern Division (1:12-cv-5510). Negotiated a settlement for $34 Million on behalf of a nationwide class.

*Richard Baltzell v. Indiana Family and Social Services Administration* filed in Marion County Superior Court, Indiana (49D021406CT021696). Negotiated a settlement whereby the Defendants agreed to immediately cease the implementation of policies which was resulting in denial of Medicaid coverage for kids with developmental disorders and pay attorneys' fees.

*Rose et. al. v. Bank of America, N.A.*, filed in Norther District of California, (5:11-CV-02390-EHD). Negotiated a settlement for $32 Million on behalf of a nationwide class.

*Rebecca Ashack v. Caliber Home Loans* filed in the Southern District of Indiana (1:15-cv-01069-JMS-DML). Negotiated a settlement for $2.9 Million on behalf of a nationwide class.

Saeed & Little, LLP has also obtained numerous seven and six figure confidential settlements on behalf of consumers and sex abuse victims in individual cases.



# BIOGRAPHIES



### Syed Ali Saeed

Syed Ali Saeed is an Indiana University School of Law Graduate with a background in Mechanical Engineering. Ali is a practicing attorney and founding partner at Saeed & Little, LLP. He focuses on complex litigation including class actions and mass torts. Additionally, Ali also serves as general counsel for several non-for-profit organizations.

Ali has been involved in numerous high impact class action litigations against corporations, banks, debt collectors, insurance companies and state governments on behalf of various victimized groups including employees, consumers, parents of kids with developmental disorders, prisoner and insured patients. As a consumer advocate, Ali is heavily involved with the National Association of Consumer Advocates ("NACA"), the largest consumer advocacy group in United States, where he serves as the chair for NACA's membership committee. Ali is routinely asked to present on topics related to consumer protection laws and class actions by local and national organizations.

Ali is deeply engaged in the local Indiana Community and frequently volunteers his professional and personal time for various causes. He is currently the President of a local Advocacy Network. For the past 10 years, Ali has been actively involved with Seeds of Learning, a non-for-profit Corporation aimed at promoting education in third world countries. He recently finished his term as the Vice President of Seeds of Learning and now continues to serve as a board member. Ali also currently serves on the board of MAI. Ali has been affiliated with the MAI for over 10 years in various capacities including a two-year stint as a Director of Legal Services where he headed a domestic violence and immigration focused legal services program. Ali also currently serves as a board member for a local social justice non-for profit, Heartland Pro-bono Project and another immigrant's rights focused non-for profit, the New Citizens Project. In 2016, Ali was a recipient of the Access to Justice Award for his efforts and contributions in the non-for-profit world and promoting social justice. Ali has also been selected as a Rising Star by the Super Lawyer Publication in 2017, 2018, 2019 and 2020.

Ali graduated from Indiana University Purdue University-Indianapolis and IU McKinney School of Law. He is admitted to practice law in Indiana, as well as the United States District Courts for the Southern District of Indiana, the Northern District of Illinois, the Northern District of California, the U.S. Courts of Appeals for the Seventh Circuit and the U.S. Bankruptcy Court for the Southern District of Indiana.





### Jonathan C. Little

Jon has been practicing law since 2007 and tried numerous jury trial for offenses ranging from cock fighting to murder, as well as civil juries in jurisdictions from coast to coast.

In 2008 Jon left the County Attorney's Office in Flagstaff, Arizona and moved to Indianapolis to pursue cases for athletes that had been molested by coaches in various United States Olympic Committee regulated sports. Jon's work on behalf of sexual abuse victims has been featured in various media outlets from 20/20 to the New York Times. In 2010 Jon's advocacy for victims of abuse directly resulted in United States Olympic Committee establishing its first "Safe Sport Program".

Jon continues to champion the cause of abuse victims and currently has a nationwide practice representing sexual abuse victims against public and private entities which include but are not limited to: USA Gymnastics, USA Taekwondo, USA Swimming, USA Diving, USA Fencing, USA Speed Skating, Michigan State University, Ohio State University, several catholic dioceses, and a number of other state and private entities. Jon represents sexual abuse victims in both individual and class actions.

Jon graduated from the University of Missouri – Kansas City. He is admitted to practice law in Indiana, Illinois, Arizona and New York, as well as the United States District Courts for the Southern District of Indiana, the Southern District of Ohio, the U.S. District of Colorado and the U.S. Courts of Appeals for the Seventh Circuit.





### Daniel J. Canon

Daniel J. Canon is a is a civil rights lawyer, teacher, writer, and activist based primarily in Indiana and Kentucky. Dan is consistently voted one of the region's top lawyers in the area of individual/constitutional rights. He has argued before the 6th Circuit Court of Appeals, the Kentucky Court of Appeals, and the Kentucky Supreme Court, and he is counsel of record on several published cases from those courts.

Dan is best known as lead counsel for the Kentucky plaintiffs in the landmark Supreme Court case of Obergefell v. Hodges, counsel for the plaintiffs in the pioneering Kentucky and Indiana marriage equality cases of Bourke v. Beshear, Love v. Beshear, and Love v. Pence, counsel for Miller v. Davis, the highly publicized case in which plaintiffs were refused marriage licenses in Rowan County, Kentucky, and counsel for the protesters in Nwanguma v. Trump.

Aside from his work on marriage rights, Dan has served as counsel in a number of high-profile civil and constitutional rights cases involving wrongful convictions, inmates' rights, abuse and overreach by law enforcement, and academic freedom. Dan represents plaintiff's in both individual and class actions and has successfully settled class actions involving prisoner's rights.

    Dan is also a professor of civil rights law, civil procedure, and legal writing at the University of Louisville's Louis D. Brandeis School of Law. He has served as an adjunct professor of criminal justice for IvyTech in Indiana and has been quoted and profiled extensively in Time, the Washington Post, the Wall Street Journal, Nightline, The New York Times, Vice, the Indianapolis Star and many other national and international news sources.

    Dan graduated from the University of Louisville – Brandeis School of Law. He is admitted to practice law in Indiana and Kentucky, as well as the United States District Courts for the Southern District of Indiana, the Eastern and Western Districts of Kentucky, the U.S. Courts of Appeals for the Sixth and Seventh Circuits and the United States Supreme Court.





### David E. Miller

David received his U.S. and Canadian law degrees in 2012 and joined Saeed & Little LLP in 2013. David routinely represents individuals and communities in disputes with insurance carriers stemming from the carriers' claims handling tactics. Carriers are often incentivized to obtain the lowest possible settlement value for a claim, or to refuse a claim altogether. To achieve this goal, carriers sometimes resort to practices designed to frustrate claimants, prolong the claims process, and drain claimants' resources, forcing them into unfair settlements. David is committed to acting on behalf of claimants facing these unfair practices.

In addition to his work on behalf of claimants in disputes with insurance carriers, he assists clients in matters involving construction law, first party insurance litigation, contract disputes, personal injury matters, and wrongful death suits.

David is graduated from Ball State University, University of Windsor Law and University of Detroit Mercy Law. He is admitted to practice law in Indiana, California, New York and Ontario, Canada, as well as the United States District Courts for the Southern District of Indiana, the Western District of Michigan, the U.S. District of Colorado, the Northern, Central, and Southern Districts of California, the U.S. Courts of Appeals for the Seventh and the Ninth Circuits and the U.S. Bankruptcy Court for the Southern District of Indiana.





### Jessica A. Wegg

Jessica has been practicing law since 2009 and is admitted in Ontario, Illinois, Indiana, the 7th Circuit Court of Appeals and the United States Supreme Court. Jessica was the original source to the Indianapolis Star series on USA Gymnastics that exposed pedophile coaches and officials in USA Gymnastics including Larry Nassar. Jessica has written and/or argued cases for the 7th and 9th Circuits Court of Appeals as well as the Indiana Court of Appeals and Supreme Court. Jessica's practice is focused on Civil Rights work and representing young athletes who have been molested by coaches controlled by the United States Olympic Committee. Jessica is often called upon by law firms around the United States and Canada to brief complex legal issues and has written and argued cases in the state and Federal Courts of Michigan, Indiana, Arizona, California, among others.

Jessica earned her BA from the University of Indianapolis in 2004, where she double-majored in German and Psychology, and continued there to earn her MA in Clinical Psychology in 2006. From 2003 to 2006, she also worked as the lead technician at a private neuropsychology clinic in Indianapolis, where she administered cognitive and neuropsych assessments to everyone from toddlers to nonagenarians and convicted criminals. In the fall of 2006, she matriculated into the Robert H. McKinney School of Law in Indianapolis; during her time there, she participated in Moot Court and was an Articles Editor for the Indiana Law Review. Her Note, Robbing Peter to Pay Paul: Why ethanol production must be regulated and how to do it, was published in the University of Baltimore Journal of Environmental Law in 2008. Her article Illegal Aliens and Worker's Compensation Issues was published in Res Gestae in 2010.

Jessica is graduated from the Robert H. McKinney School of Law in Indianapolis. She is admitted to practice law in Indiana, Illinois and Ontario, Canada, as well as the United States District Courts for the Southern and Northern Districts of Indiana, the Eastern District of Michigan, the Northern District of Illinois, the Northern District of New York, the U.S. Courts of Appeals for the Seventh Circuit and the United States Supreme Court.