IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | This Document Relates to All Cases<br>MDL No. 2909<br>Master Case No. 19-cv-3924<br>Judge Robert M. Dow, Jr. |

I, Ryan Frasher, declare as follows:

1. I am the principal of The Frasher Law Firm, P.C. ("Firm") and I make this declaration in support of Motion for Appointment of Leadership Structure filed by Saeed & Little, LLP on behalf of plaintiffs in *Sabeehullah et.al.* v. *Fairlife, LLC et.al.*

2. I am counsel for Plaintiff in *Abowd v. Fairlife, LLC, et al*. filed in the Southern District of Indiana which has been consolidated into this MDL.

3. I graduated from University of Dayton School of Law in 2007.

4. My practice has focused on consumer law for over ten years.

5. I have or currently am litigating over one-hundred individual and class cases in one or multiple areas of consumer protection law similar to this case. I have litigated consumer cases from inception, to trial, to post-trial motions, and to appeal.

6. I am frequently invited to present at CLEs on topics related to consumer rights and class actions.

7. I have successfully litigated and settled numerous consumer class actions nationwide.

8. I have invested significant time and resources developing and pleading the legal claims, researching the allegation put forth in *Abowd v. Fairlife, LLC, et al*.

9. In addition, I have extensively researched the legal basis for the claims asserted and worked to develop liability and damages theories that were pled in this matter.

10. I fully support the appointment of Syed Ali Saeed as the co-lead in this MDL.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of December 2019.

*/s/ Ryan Frasher*
Ryan Frasher
The Frasher Law Firm, P.C.
3209 W. Smith Valley Rd., Suite 253
Greenwood, IN 46142
317.300.8844