## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates to All Cases | MDL No. 2909<br>Master Case No. 19-cv-3924<br>Judge Robert M. Dow, Jr. |

## BRIEF OF FARUQI & FARUQI, LLP IN SUPPORT OF APPLICATION OF AMY E. KELLER, MELISSA S. WEINER, AND MICHAEL R. REESE FOR APPOINTMENT AS INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)

Faruqi & Faruqi, LLP ("F&F") represents Plaintiff Marleny Olivo ("Plaintiff Olivo") in the matter captioned, *Olivo v. The Coca-Cola Company, et al.*, No. 2:19-cv-08302 (C.D. Cal.), now consolidated in the above-captioned matter. Pursuant to this Court's Initial Status Order (ECF No. 63), Plaintiff Olivo, through her counsel of record, hereby submits this Brief in Support of the Application of Amy E. Keller of DiCello Levitt Gutzler LLC, Melissa S. Weiner of Pearson, Simon & Warshaw, LLP, and Michael R. Reese of Reese LLP (the "DPR Team") for appointment as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g).

F&F believes that the DPR Team possesses the requisite skill and experience in complex class action litigation, and specifically in consumer product labeling actions, to best represent the putative classes in this action. Moreover, having worked with the members of the DPR on several other matters, F&F believes the DPR Team will work cooperatively and efficiently in litigating this matter. For the foregoing reasons, and for the reasons further outlined in the DPR Team's Application for appointment as interim class counsel, Plaintiff Olivo respectfully requests that the Court appoint the DPR Team as interim class counsel in this action.

Dated: December 6, 2019

Respectfully submitted,

*/s/ Benjamin Heikali*
Benjamin Heikali
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
bheikali@faruqilaw.com

*Counsel for Plaintiff Marleny Olivo*

1