# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alain Michael, et al.

                Plaintiff,

v.                                         Case No.: 1:19−cv−03924
                                                   Honorable Robert M. Dow Jr.

Fairlife, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 1, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Application of Amy E. Keller of DiCello Levitt Gutzler LLC, Melissa S. Weiner of Pearson, Simon & Warshaw, LLP, and Michael R. Reese of Reese LLP (collectively, the "Interim Class Counsel") for an order continuing their appointment as co−lead interim class counsel in this action [123] is granted for a term of one−year expiring on 1/22/2022, renewable upon application 30 days prior to expiration. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.