**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates to All Cases | MDL No. 2909<br>Master Case No. 19-cv-3924<br>Judge Robert M. Dow, Jr. |

**APPLICATION OF
AMY E. KELLER, MELISSA S. WEINER, AND MICHAEL R. REESE
FOR CONTINUED APPOINTMENT AS INTERIM CLASS COUNSEL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**

Pursuant to this Court's Order dated January 1, 2021 (ECF No. 124), Amy E. Keller of DiCello Levitt Gutzler LLC, Melissa S. Weiner of Pearson, Simon & Warshaw, LLP, and Michael R. Reese of Reese LLP (collectively, the "Interim Class Counsel"), respectfully request that the Court enter an order continuing their appointment as co-lead interim class counsel in this action.

In addition to the work that Interim Class Counsel have performed as detailed in their prior filing seeking renewal of their appointment (ECF No. 123), Interim Class Counsel have continued mediation efforts with Defendants—which has involved extensive negotiations and the exchange of informal discovery regarding class size, sales data, labeling claims, and animal care practices. Those efforts, which have been overseen by the Honorable Wayne R. Andersen (Ret.), have resulted in a settlement proposal from the mediator on class relief. *See* ECF No. 138 ¶1. The parties are currently negotiating the terms to finalize a settlement agreement consistent with that proposal, including injunctive relief to the class.

Given the work that they have accomplished, and so that the parties may finalize the terms of the settlement, Interim Class Counsel respectfully request that the Court renew their appointment.

Dated: December 21, 2021

Respectfully submitted,

*/s/ Amy E. Keller*
Amy E. Keller
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
akeller@dicellolevitt.com

Michael R. Reese
**REESE LLP**
100 West 93rd Street
New York, New York 10025
Telephone: 212-643-0500
mreese@reesellp.com

Melissa S. Weiner
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: 612-389-0600
mweiner@pswlaw.com

***Interim Co-Lead Counsel***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 21st day of December 2021.

/s/ *Amy E. Keller*
Amy E. Keller