## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION<br><br>(This Document Relates to All Cases) | MDL No. 2909<br><br>Lead Case No. 1:19-cv-03924-RMD-MDW<br><br>Hon. Robert M. Dow, Jr. |

### UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS TO FILE PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Pursuant to Local Rule 7.1, Plaintiffs respectfully file this unopposed motion for extension of the page limits for their Memorandum in Support of their Motion for Preliminary Approval of Settlement. In support thereof, Plaintiffs state as follows:

1. Pursuant to this Court's order, Plaintiffs have until April 14, 2022, in which to file their motion for preliminary approval of a proposed, class action settlement with the Defendants in this matter. ECF No. 148.

2. Consistent with Federal Rule of Civil Procedure 23(e)(1)(A), the Court must be provided with "information sufficient to enable it to determine whether to give notice of the proposal to the class." Further, under Rule 23(e)(1)(B), the Court's determination on whether to preliminarily approve the settlement for purposes of sending notice is dependent upon "the parties' showing that the court will likely be able to: (i) approve the proposal under Rule 23(e)(2); and (ii) certify the class for purposes of judgment on the proposal."

3.      Local Rule 7.1 provides that briefs in support of motions may not exceed 15 pages without prior approval of the Court.  So that the Court will have information sufficient to perform its analysis, Plaintiffs anticipate that their motion will be longer than 15 pages.

4.      Plaintiffs respectfully request that the Court enter an order providing that they may file a brief in support of any motion for preliminary approval of up to 30 pages.

5.      Defendants do not oppose Plaintiffs' request.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order providing that they may file a memorandum in support of their preliminary approval motion of up to 30 pages.

Dated: April 14, 2022                    Respectfully submitted,

*/s/ Amy E. Keller*
Amy E. Keller
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
akeller@dicellolevitt.com

Michael R. Reese
**REESE LLP**
100 West 93rd Street
New York, New York 10025
Telephone: 212-643-0500
mreese@reesellp.com

Melissa S. Weiner
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: 612-389-0600
mweiner@pswlaw.com

***Interim Co-Lead Counsel***

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 14th day of April 2022.

*/s/ Amy E. Keller*
Amy E. Keller