IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 2909<br><br>Master Case No. 19-cv-3924<br><br>Judge Robert M. Dow, Jr. |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION, AND APPROVAL OF NOTICE PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(e)(1)**

Pursuant to Federal Rule of Civil Procedure 23(e)(1), Plaintiffs respectfully seek Court approval of a $21-million non-reversionary class action Settlement to resolve the above-captioned multidistrict litigation. Under the Settlement, Claimants will be eligible to receive up to $20 for claims without Valid Proof of Purchase, and up to $80 for claims with Valid Proof of Purchase, for a total of $100 in possible relief, subject to *pro rata* increases or decreases depending on the number of claims filed. The Settlement also includes meaningful injunctive relief. All of these terms were subject to hard-fought negotiations led by the Hon. Wayne R. Andersen (Ret.) acting as mediator. None of the $21 million Settlement Fund will be used to fund the injunctive relief.

Plaintiffs believe that the Settlement is an excellent result for the Class, and that it provides fair, adequate, and reasonable relief to resolve this Litigation. They respectfully request that the Court preliminarily approve the Settlement, preliminarily certify the Settlement Class, approve the Class Notice Program and appoint the parties' jointly-selected Claims Administrator, direct notice to the Settlement Class Members, and enter the Parties' Proposed Order Granting Preliminary Approval, which sets a timeline for the Court's Fairness Hearing.

Dated: April 14, 2022        Respectfully submitted,

/s/ *Amy E. Keller*
Amy E. Keller
    *Interim Co-Lead Counsel*
Adam Prom
Michelle Locascio
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*mlocascio@dicellolevitt.com*

/s/ *Melissa S. Weiner (w/ permission)*
Melissa S. Weiner
    *Interim Co-Lead Counsel*
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: 612-389-0600
*mweiner@pswlaw.com*

/s/ *Michael R. Reese (w/ permission)*
Michael R. Reese
    *Interim Co-Lead Counsel*
**REESE LLP**
100 West 93rd Street
New York, New York 10025
Telephone: 212-643-0500
*mreese@reesellp.com*

**REESE LLP**
George V. Granade
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
*ggranade@reesellp.com*

**REESE LLP**
Charles D. Moore
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (701) 390-7214
*cmoore@reesellp.com*

***Interim Co-Lead Counsel***

2

**SIGNATURE ATTESTATION**

Pursuant to the United States District Court for the Northern District of Illinois' General Order on Electronic Case Filing, General Order 16-0020(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from the signatories shown above and that each signatory concurs in the filing's content.

*/s/ Amy E. Keller*
Amy E. Keller

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 14th day of April 2022.

                                      */s/ Amy E. Keller*
                                      Amy E. Keller