UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 2909<br><br>Master Case No. 19-cv-3924<br><br>Judge Robert M. Dow, Jr. |

## **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2), Plaintiffs respectfully seek the Court's final approval of a $21-million non-reversionary class action Settlement[1] to resolve the above-captioned multidistrict litigation. Under the Settlement, Claimants are eligible to receive up to $20 for claims without Valid Proof of Purchase, and up to $80 for claims with Valid Proof of Purchase, for a total of $100 in possible relief, subject to *pro rata* increases or decreases depending on the number of claims filed. The Settlement also includes meaningful injunctive relief, and none of the $21 million Settlement Fund will be used to fund the injunctive relief.

Plaintiffs believe that the Settlement is an excellent result for the Class, and that it provides fair, adequate, and reasonable relief to resolve this Litigation. They respectfully request that the Court enter the proposed Order granting final approval of the Settlement.

---

[1] All capitalized terms herein have the same meaning as defined in the Settlement Agreement (ECF No. 153-1).

Dated: July 21, 2022                      Respectfully submitted,

*/s/ Amy E. Keller*
Amy E. Keller
  *Class Counsel*
Adam Prom
Michelle Locascio
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*mlocascio@dicellolevitt.com*

*/s/ Melissa S. Weiner*
Melissa S. Weiner
  *Class Counsel*
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: 612-389-0600
*mweiner@pswlaw.com*

*/s/ Michael R. Reese*
Michael R. Reese
  *Class Counsel*
**REESE LLP**
100 West 93rd Street
New York, New York 10025
Telephone: 212-643-0500
*mreese@reesellp.com*

**REESE LLP**
George V. Granade
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
*ggranade@reesellp.com*

**REESE LLP**
Charles D. Moore
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (701) 390-7214
*cmoore@reesellp.com*

***Counsel for Plaintiffs and the Proposed Settlement Class***

**SIGNATURE ATTESTATION**

Pursuant to the United States District Court for the Northern District of Illinois' General Order on Electronic Case Filing, General Order 16-0020(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from the signatories shown above and that each signatory concurs in the filing's content.

                                                */s/ Amy E. Keller*
                                              Amy E. Keller

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 21st day of July 2022.

/s/ *Amy E. Keller*
Amy E. Keller