# Exhibit 1

Declaration of Amy E. Keller, Esq.
DiCello Levitt Gutzler LLC
Co-Lead Class Counsel

*In re Fairlife Milk Products Marketing and Sales Practices Litig.*
MDL No. 2909, Lead Case No. 19-cv-03924-RMD-MDW (N.D. Ill.)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION** | MDL No. 2909 |
| | Master Case No. 19-cv-3924 |
| | Judge Robert M. Dow, Jr. |
| This Document Relates To: | |
| ALL CASES | |

**DECLARATION OF AMY E. KELLER IN SUPPORT OF PLAINTIFFS' PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS**

I, AMY E. KELLER, declare and state as follows:

1.      I am a partner at the law firm of DiCello Levitt Gutzler LLC ("DiCello Levitt"). DiCello Levitt's resume is attached hereto as **Exhibit E.** I have been appointed by the Court as Co-Lead Counsel for Plaintiffs in this matter, and I have personal knowledge of the facts stated herein.  I submit this Declaration in support of Plaintiffs' Petition for an Award of Attorneys' Fees and Costs, and Service Awards, and in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2.      My firm has acted as counsel to Plaintiffs and the Class in this action.  Specifically, my firm filed *Salzhauer v. The Coca-Cola Co., and Fairlife, LLC*, No. 1:19-cv-02709 (N.D. Ga.), which was consolidated into this multidistrict litigation ("MDL"), and was individually retained by Plaintiffs and Class Representatives Terri Birt, Debra French, Kaye Mallory, Christina Parlow, Cindy Peters, Diana Tait, and Demetrios Tsiptsis.

1

3. This declaration generally summarizes the work performed by DiCello Levitt for Plaintiffs and the Settlement Class Members in this litigation. As demonstrated below, DiCello Levitt has worked diligently to perform tasks throughout the entire course of this litigation.

4. During the period from case inception through October 2, 2019, my firm, in collaboration with co-counsel Melissa S. Weiner of Pearson, Simon & Warshaw, LLP and Michael R. Reese of Reese LLP (hereinafter "Class Counsel"), conducted the following activities for the common benefit of Plaintiffs:

    a. Initiated the first investigation into Defendants' deceptive marketing and animal welfare scheme well before the filing of the first class action complaint in this matter, expending substantial time and effort to: (i) scrutinize and catalog Defendants' public advertising claims for "fa!rlife" products; (ii) comprehensively research the company's supply chain through public records, digital maps, social media, and news articles; and (iii) thoroughly review and inspect undercover investigation videos and reports documented by Animal Recovery Mission ("ARM") that depicted abuse of Defendants' dairy cows at their "flagship farm" Fair Oaks;

    b. Gained both substantial insight and a firm understanding into the products Defendants sold, their target consumer demographics, and the representations Defendants generally made about Milk Products through the above investigation;

    c. Researched consumer fraud cases and potential claims to assert against Defendants in connection with the factual findings from Class Counsel's investigation;

d.     Vetted potential plaintiffs to serve as class representatives for the forthcoming class action complaint;

e.     Using the enhanced knowledge obtained as a result of Class Counsel's efforts to investigate Defendants' deceptive marketing scheme, drafted and filed a class action complaint on June 13, 2019, against The Coca-Cola Company and fairlife, denoted as *Salzhauer v. The Coca-Cola Co., and Fairlife, LLC*, No. 1:19-cv-02709 (N.D. Ga.) (the "*Salzhauer* Action"); and

f.     Drafted and filed, on June 21, 2019, a motion before the Judicial Panel on Multidistrict Litigation ("JMPL") to transfer the *Salzhauer* Action and subsequent tag-along actions to a single federal court for coordinated and consolidated pretrial proceedings, to which the JMPL granted and ordered transfer on October 2, 2019. *See* ECF No. 35-001.

5.     The total number of common benefit hours expended on this litigation by my firm from case inception through October 2, 2019, is 176.1 hours. The total common benefit lodestar for my firm in this time period is $153,788.50.

6.     For the time period of October 3, 2019, through June 30, 2022, my firm, in collaboration with Class Counsel, conducted the following activities for the common benefit of Plaintiffs:

a.     Oversaw the action as one of Co-Lead Counsel;

b.     Continued researching, strategizing, and drafting the consolidated amended complaint;

c.     Vetted and secured seven additional Plaintiffs to represent the Class in the forthcoming consolidated complaint;

d.  On June 25, 2020, filed: (i) a Consolidated Class Action Complaint on behalf of all actions transferred into the MDL; and (ii) a Class Action Complaint, on behalf of certain new plaintiffs, denominated as a related case to the Litigation, and captioned *Cantwell et al. v. The Coca-Cola Company et al.*, 1:20-cv-03739;

e.  Negotiated a Stipulated Protective Order and Order Regarding Discovery of Electronically Stored Information, which the Court entered on July 8, 2020 (ECF. No. 105);

f.  With the Court's support in the Parties' shared interest in early settlement discussions, engaged in intense, arm's-length settlement negotiations over the course of two years under the expert guidance of skilled, class-action mediator, the Honorable Wayne R. Andersen (Ret.), which involved:

   i.  Participating in four, day-long mediation sessions that took place on October 28, 2020; November 20, 2020; June 3, 2021; and July 8, 2021, respectively;

   ii.  Exchanging various written discovery requests;

   iii.  Receiving and reviewing, on multiple occasions, voluminous documents produced by Defendants in response to our discovery requests;

   iv.  Submitting multiple rounds of mediation briefs to Judge Andersen in advance of each mediation session, which, in totality, addressed the full scope of continued litigation, including the merits of the case on its face, the possibility of class certification, success on summary

judgment, and all aspects of settlement, including monetary and injunctive relief;

v. Exchanging multiple rounds of settlement positions, proposals, counterproposals, demands, and correspondence with Defendants, including numerous rounds of letters and emails;

vi. Reviewing, analyzing, and accepting Judge Andersen's settlement recommendation on November 23, 2021 (the "Mediator's Settlement Recommendation"); and

vii. Following acceptance of the Mediator's Settlement Recommendation, finalizing the Parties agreement, which was later memorialized in the proposed Settlement.

g. Solicited and evaluated proposals from several different notice and claims administration companies, conducted video interviews of the same, and ultimately selected Epiq Class Action & Claims Solutions, Inc. ("Epiq") to administer the Settlement;

h. Collaborated with Epiq to create a robust Notice Plan aimed to reach as many members of the Settlement Class as possible, encompassing (i) direct notice via email or postcard for members of the Settlement Class with whom Defendant fairlife had direct correspondence; (ii) digital publication notice based upon a specific, targeted, advertising campaign, aimed to provide notice to Defendant fairlife's customers; (iv) a Settlement Website; and (v) a dedicated email address and toll-free number;

i.        Designed with Epiq a "claims stimulation" plan that would activate during the claims-filing period, if needed, to maximize the filing of Approved Claims by Settlement Class Members to ensure the exhaustion of the Net Settlement Fund;

j.        Drafted and filed Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification, and Approval of Notice Plan Pursuant to Federal Rule of Civil Procedure 23(e)(1) (ECF No. 152), which this Court granted on April 27, 2022 (ECF No. 163);

k.        Worked closely with Epiq to monitor the notice and claims process, evaluating weekly claim submissions and opt-outs;

l.        Submitted to the Court, for *in camera* review, monthly time and expense reports on behalf of Class Counsel and the additional firms who have worked on this matter;

m.       Comprehensively reviewed and audited all time and expense reports submitted by each firm in connection with this litigation in advance of Plaintiffs' Motion for Final Approval of Class Action Settlement to remove any redundant or unnecessary time, in addition to time that did not serve as a common benefit to the Class;

n.        Drafted and filed Plaintiffs' Motion for Final Approval of Class Action Settlement; and

o.        Engaged in extensive strategy and correspondence with co-counsel regarding all the above activities.

7.     The total number of hours expended on this litigation by my firm from the time period October 3, 2019, through June 30, 2022, for the common benefit of Plaintiff and Class Members, is 751.1 hours.  The total lodestar for my firm in this time period is $635,142.50.

8.     The total number of common benefit hours expended on this litigation by my firm from case inception through June 30, 2022, is 927.2 hours.  The total number of hours was determined by the examination of daily time records regularly prepared and maintained by my firm.  The total lodestar for my firm is $788,931.  My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys, and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters.  Class Counsel will likely expend dozens of additional hours bringing the Settlement through completion.

9.     The attorneys of DiCello Levitt billed this case at their usual and customary billing rates, which have been approved by other federal courts presiding over complex class action lawsuits, and which are commensurate with the prevailing market rates of attorneys of comparable experience and skill handling complex litigation, including:

    a.     *Calhoun, et al. v. Google LLC*, No. 4:20-cv-5146-YGR-SVK (N.D. Cal.). On June 6, 2022, Judge Susan Van Keulen awarded attorneys' fees to the prevailing plaintiff on a motion to compel, finding that an attorney rate of $600 per hour for one of the associates on this case was reasonable;

    b.     *In re Navistar MaxxForce Engines Mktg., Sales Pracs., and Prods. Liab. Litig.*, No. 1:14-CV-10318 (N.D. Ill.). On January 21, 2020, Judge Joan B.

Gottschall issued an attorneys' fee award, finding Adam Levitt, Amy Keller, and Adam Prom's prior billing rates from 2020[1] reasonable;

c.   *In re Equifax Inc. Customer Data Security Breach Litig.*, No. 17-md-2800, 2020 WL 256132 (N.D. Ga. Mar. 17, 2020), *aff'd in relevant part*, 999 F.3d 1247 (11th Cir. 2021), *cert. denied* 142 S. Ct. 431 (2021) *and* 142 S. Ct. 765 (2022).  On March 17, 2020, Chief Judge Thomas Thrash of the Northern District of Georgia approved as reasonable rates that Adam Levitt and Amy Keller charged beginning in 2017;

d.   *Simerlein, et al. v. Toyota Motor Corp. et al.*, No. 3:17-cv-1091 (VAB) (D. Conn.). On June 10, 2019, Judge Victor A. Bolden issued an attorneys' fee award, finding reasonable Adam Levitt and Amy Keller's rates from 2019.

10.   Attached hereto as **Exhibit A** is a detailed summary indicating the amount of time spent by the partners, attorneys, and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through June 30, 2022.

11.   As detailed in **Exhibit B**, my firm has incurred a total of $38,690.85 in unreimbursed expenses during the period from case inception through June 30, 2022.

12.   As detailed in **Exhibit C**, my firm was charged with accounting related to the established litigation fund.  A record showing the amounts contributed to and charged from the litigation fund are shown in the included chart.

---

[1]   DiCello Levitt has increased its attorneys' rates since that time commensurate with other prevailing market rates.

13.     The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

14.     Class Counsel necessarily must continue to work with the Settlement Administrator, review and respond to objections, if any, move for final approval, handle appeals, if any, and oversee the final administration of benefits to Class Members. Based upon experience, this could amount to dozens of additional hours of attorney time.

### TOTAL LODESTAR AND EXPENSES FOR CO-COUNSEL

15.     Based upon Class Counsel's audit of the lodestar and expense reports that were submitted to this Court every month, after removing time and expenses that were not incurred for the common benefit of the Class, they asked each firm to review their audited time and expenses and sign declarations attesting to the time and expenses incurred in the litigation.  As a result of that process, Class Counsel has included a detailed time and expense chart for the other firms at **Exhibit D**.

16.     Based upon our review of Plaintiffs' time and expense submissions, the average hourly rate of attorneys and associated professional staff who worked on this litigation is approximately $581.20.

17.     Based upon our audit of the time and expense submissions in this litigation, the costs submitted for litigating this action were primarily for filing fees, limited travel costs, and mediation costs.  Certain expenses that were deemed to be too high or not for the common benefit of the Class were removed.

18.     Expenses incurred by Class Counsel in this case were limited due to the risk that they might never be recovered.

## DICELLO LEVITT HAS EXTENSIVE EXPERIENCE LITIGATING COMPLEX ACTIONS AND HAS ACHIEVED SIGNIFICANT RECOVERIES <u>ON BEHALF OF CONSUMERS</u>

19.     DiCello Levitt has the experience, resources, and ability to adequately represent the class members in this class action lawsuit.

20.     DiCello Levitt's firm resume reflects that the attorneys in this case have successfully adjudicated some of the largest and most important class action lawsuits in the United States and have obtained billions of dollars in settlements and verdicts in a wide range of cases.

21.     For example, Amy Keller was appointed co-lead counsel in *In re Equifax, Inc., Customer Data Breach Security Litig.*, No. 1:17-MD-02800 (N.D. Ga.), and secured, on behalf of 147 million Americans whose personal information was compromised, the largest settlement in data breach history. Specifically, she helped obtain a cash fund up to $505.5 million, and a commitment from Equifax to invest $1 billion in data security changes.

22.     DiCello Levitt also served as co-lead counsel in *In re Navistar MaxxForce Engines Mktg., Sales Pracs., and Prods. Liab. Litig.*, No. 1:14-CV-10318 (N.D. Ill.), where they achieved a $135 million settlement—a landmark in the trucking industry—in the high-profile multidistrict class action lawsuit alleging that Navistar's 2011 to 2014 model year vehicles were equipped with defective MaxxForce diesel engines.

23.     In addition to those listed above, DiCello Levitt has served as co-lead counsel in some of the most advanced and cutting-edge class actions in the country, including:

        a.     *In re Facebook Internet Tracking Litig.*, No. 5:12-MD-02314 (N.D. Cal.) (securing $90 million settlement on behalf of the Class, which was preliminarily approved by the Court);

b.    *In Re: Marriot Int'l, Inc., Customer Data Security Breach Litig.*, No 8:19-MD-02879 (D. Md.) (Amy Keller serves as Co-Lead Counsel in this data breach class action, which is only one of two data breaches to be certified as a class action for purposes of litigation);

c.    *In re Blackbaud, Inc., Customer Data Breach Litig.*, No. 3:20-MN-02972 (D.S.C.) (Amy Keller serves as Co-Lead Counsel in this action, helping to assemble a team hailed as the "most diverse leadership team ever"[2]); and

d.    *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litig.*, No. 19-md-02904 (MCA)(MAH) (D.N.J.) (Amy Keller serves as Co-Lead Counsel in this case, which involves the unlawful disclosure of medical history).

**THE CLASS REPRESENTATIVES SERVED AN IMPORTANT ROLE
IN THIS LITIGATION**

24.    Terri Birt, Carol Cantwell, Debra French, Karai Hamilton, Henry Henderson, Paula Honeycutt, Michelle Ingrodi, Jae Jones, Nabil Khan, Kaye Mallory, Christina Parlow, Cindy Peters, Jenny Rossano, David Rothberg, Eliana Salzhauer, Connie Sandler, Diana Tait, Demetrios Tsiptsis, and Arnetta Velez fulfilled their Class Representative duties and each has helped achieve an outstanding result for the Settlement Class.

25.    The Class Representatives, among other things, (i) assisted with Class Counsel's investigation into Defendants' marketing and animal welfare practices; (ii) maintained electronic and hard-copy information for use in the discovery process; (iii) reviewed and approved the

---

[2]    Amanda Bronstad, *MDL Judge Taps "Most Diverse Leadership Team Ever" in Data Breach Class Action*, Law.com (Mar. 3, 2021), https://www.law.com/nationallawjournal/2021/03/03/south-carolina-mdl-judge-taps-most-diverse-leadership-team-ever-in-data-breach-class-action/. Melissa Weiner also serves on the Plaintiffs' Steering Committee in that litigation.

Consolidated Complaint; (iv) conferred and corresponded with Class counsel regularly; (v) participated in settlement discussions; and (vi) reviewed and approved the Settlement Agreement.

26.     Each Class Representative understood that he or she would be involved in this litigation—potentially—for many years, and that—if the litigation continued—they would have to fulfill a number of additional responsibilities, including (i) sitting for one or more depositions; (ii) responding to additional discovery, beyond the informal discovery the parties exchanged as part of the mediation process; (iii) being the subject of potentially-intrusive third-party discovery; (iv) communicating regularly with Class Counsel regarding the litigation, including providing support for case filings and evidentiary hearings; (v) producing information to Class Counsel to assist Plaintiffs' experts with modeling their liability and damages theories; (vi) attending trial in Chicago, Illinois, for several weeks; and (vii) staying abreast of any appeals and remaining in communication with class counsel throughout the process.  Each Class Representative agreed to the above duties and responsibilities without any guarantee of payment, and understood that, if the litigation were unsuccessful, there may have been a chance that Defendants would seek fees and litigation costs against them, individually.

27.     The requested service award of $3,500 per Class Representative falls within the reasonable range of other service awards I have requested in other cases for similar work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st of July 2022 at Chicago, Illinois.


*/s/ Amy E. Keller*
Amy E. Keller

*Co-Lead Counsel*

*In re Fairlife Milk Products Marketing and Sales Practices Litigation*
MDL No. 2909

**Exhibit A**

**Lodestar Summary**

Firm: **DiCello Levitt Gutzler LLC**
Reporting Period: **Inception through June 30, 2022**

| Professional | Title | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Banks, Sharon | PL | $375.00 | 0.8 | $300.00 |
| Bussert, Kayla | PL | $335.00 | 12.2 | $4,006.50 |
| DiCello, Mark | P | $1,200.00 | 16.5 | $19,800.00 |
| Frate, Joe | A | $490.00 | 2.3 | $1,127.00 |
| Green, AnnMarie | PL | $325.00 | 3.9 | $1,267.50 |
| Keller, Amy | P | $1,010.00 | 427 | $431,270.00 |
| Levitt, Adam | P | $1,200.00 | 105.7 | $126,840.00 |
| Locascio, Michelle | A | $490.00 | 146.5 | $71,785.00 |
| Otto, Ashtin | PL | $325.00 | 2.7 | $877.50 |
| Panikulangara, Anne | PL | $325.00 | 30.7 | $9,977.50 |
| Patel, Devarshi | PL | $375.00 | 2.7 | $1,012.50 |
| Prom, Adam | A | $690.00 | 171.7 | $118,473.00 |
| Reda, Samantha | PL | $335.00 | 1.1 | $368.50 |
| Toledo, Mayra | PL | $375.00 | 1.5 | $562.50 |
| Ulwick, James | A | $665.00 | 1.9 | $1,263.50 |
|  |  |  |  |  |
|  |  | **Totals** | **927.2** | **$788,931.00** |

Title:
    Partner (P)
    Associate (A)
    Paralegal (PL)
    Of Counsel (OC)
    Law Clerk (LC)
    Legal Assistant (LA)

*In re Fairlife Milk Products Marketing and Sales Practices Litigation*
MDL No. 2909

**Exhibit B**

**Expense Summary**

Firm:               **DiCello Levitt Gutzler LLC**
Reporting Period:   **Inception through June 30, 2022**

| Expense | Amount |
|---|---|
| Court Costs (*i.e.*, Filing Fees) | |
| Experts / Consultants | |
| Federal Express / UPS | $126.99 |
| Postage / U.S. Mail | |
| Service of Process | $325.00 |
| Messenger / Delivery | |
| Hearing Transcripts | |
| Investigation | |
| Westlaw / Lexis / PACER | $1,196.74 |
| Photocopies (in House) | |
| Photocopies (Outside) | |
| Telephone / Telecopier | |
| Travel – Transportation | $2,239.94 |
| Travel – Meals | $185.36 |
| Travel – Hotels | $1,082.14 |
| Miscellaneous- Litigation Fund | $20,000.00 |
| Miscellaneous- DocuSign | $150.00 |
| Miscellaneous- Mediation | $13,384.68 |
| **Total** | **$38,690.85** |

*In re Fairlife Milk Products Marketing and Sales Practices Litigation*
MDL No. 2909

## **Exhibit C**

## **Litigation Fund Summary**

Firm:              **Class Counsel**
Reporting Period:  **Inception through June 30, 2022**

| Contribution Per Firm | Amount |
|---|---|
| DiCello Levitt Gutzler LLC | $20,000.00 |
| Pearson, Simon & Warshaw LLP | $18,416.67 |
| Reese LLP | $13,500.00 |
| **Total** | **$51,916.67** |

| Expense | Date | Cost |
|---|---|---|
| JAMS (mediation)- reimbursement to DiCello Levitt for invoices paid outside of litigation fund | 9/30/20 | ($7,500.00) |
| JAMS (mediation) | 11/4/20 | ($7,500.00) |
| JAMS (mediation) | 5/14/21 | ($16,500.00) |
| JAMS (mediation) | 8/2/21 | ($6,211.04) |
| JAMS (mediation) | 8/26/21 | ($1,197.00) |
| JAMS (mediation) | 8/31/21 | ($1,862.00) |
| JAMS (mediation) | 10/7/21 | ($399.00) |
| JAMS (mediation) | 12/31/21 | ($7,315.00) |
| JAMS (mediation) | 1/31/22 | ($532.00) |
| JAMS (mediation)- reimbursement to DiCello Levitt for invoices paid outside of litigation fund | 7/21/22 | ($2,900.63) |
| | **Total** | **($51,916.67)** |

15

*In re Fairlife Milk Products Marketing and Sales Practices Litigation*
MDL No. 2909

**Exhibit D**

**Total Lodestar and Expense Summary by Firm**

Firm: **All Firms**
Reporting Period: **Inception through June 30, 2022**

| Exhibit | Firm | Lodestar | Expenses |
|---|---|---|---|
| 1 | DiCello Levitt Gutzler LLC | $788,931.00 | $38,690.85 |
| 2 | Pearson, Simon & Warshaw, LLP | $704,194.00 | $22,132.04 |
| 3 | Reese LLP | $886,230.00 | $21,611.58 |
| 4 | Animal Outlook | $41,012.50 | $0.00 |
| 5 | Doffermyre Shields Canfield & Knowles, LLC | $15,200.00 | $1,031.00 |
| 6 | Bursor & Fisher, P.A. | $221,315.00 | $3,614.67 |
| 7 | Wolf Haldenstein Adler Freeman & Herz LLC | $74,123.50 | $2,959.04 |
| 8 | Tycko & Zavareei LLP | $8,172.00 | $687.65 |
| 9 | LippSmith LLP | $64,955.00 | $1,748.59 |
| 10 | Saeed & Little, LLP | $26,675.00 | $1,166.30 |
| 11 | Faruqi & Faruqi, LLP | $26,536.00 | $1,557.27 |
| | **Total** | **$2,857,344.00** | **$95,198.99** |

*In re Fairlife Milk Products Marketing and Sales Practices Litigation*
MDL No. 2909

**<u>Exhibit E</u>**

FIRM RESUME

*On following pages*



Justice in all its

# DIMENSIONS

## Overview

At DiCello Levitt, we're dedicated to achieving justice for our clients through class action, business-to-business, public client, whistleblower, and personal injury litigation. Every day, we put our reputations – and our capital – on the line for our clients. Through our $16B in recoveries, we've helped raise the bar for corporate conduct and responsibility, paving the way for a more just and equitable world.

## Practice Areas

- Agriculture and Biotechnology
- Antitrust and Competition Litigation
- Appellate and Policy Advocacy
- Civil and Human Rights Litigation
- Class Action Litigation
- Commercial Litigation
- Environmental Justice
- Insurance Litigation
- Labor and Employment Litigation
- Personal Injury
- Pharmaceutical Fraud, Waste, and Abuse
- Privacy, Technology, and Cybersecurity
- Product Liability
- Public Client
- Securities and Financial Services Litigation
- Whistleblower, Qui Tam, and False Claims Act

## Members of the Firm

Our attorneys have the ability to successfully try cases across the spectrum of complex commercial litigation, financial fraud and securities litigation, public client litigation, class actions, defective drug and device cases, catastrophic injuries, and other areas of law. The firm boasts an impressive roster of additional attorneys.



**Mark A. DiCello**
Partner

**EMAIL:**
madicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

University of Dayton, B.A.

Mark DiCello is a founding partner of DiCello Levitt. He explains that after 20 years of jury trials and serving in lead roles in some of the largest personal injury cases in Ohio and around the country, he wanted to create a plaintiffs' firm that did not exist, a firm that brought together top talent in the most important areas of plaintiffs' law.

Mark understands that while our technology driven society continues to evolve at an unprecedented pace, the law is slow to adapt. That means the most powerful economic interests typically operate "ahead" of the law. Representing people hurt by them, from serious catastrophic physical injury to life changing economic injury, is more challenging than ever. Through that lens, he has a simple message: "While Justice is your right, society won't just give it to you, you have to fight for it." This insight forms the heart of his approach to litigation and firm building.

Mark's clients are all victims – from individuals suffering catastrophic personal injuries to groups of plaintiffs harmed by medical devices, pharmaceutical products, chemicals, automobiles, and more. He has led headline-grabbing mass tort and product liability cases and co-led massive multidistrict litigations.

For Mark, all of his experiences have led inevitably to the 2017 creation of powerhouse trial firm DiCello Levitt. He views the firm as unique in the plaintiffs' bar – a diverse and fearless team of lawyers focused on important litigations in the U.S. and abroad. His vision is to continue building a firm comprising leaders in the law with strong underlying frameworks that ensure the firm can thrive for generations to come.



**Adam Levitt**
Partner

**EMAIL**
alevitt@dicellolevitt.com

**EDUCATION**
Northwestern University School of
Law, J.D.

Columbia College, Columbia University,
A.B., *magna cum laude*

Adam Levitt has scored important wins leading dozens of significant litigations on behalf of individuals, businesses, and public clients and has built a firm that reflects his resolve for justice in all its dimensions.

One of the nation's leading advocates for plaintiffs in complex multidistrict, commercial, public client, and class action litigations, Adam has delivered nearly $20 billion in recoveries to clients in biotechnology, financial services, insurance coverage, consumer protection, automotive defects, agricultural products, antitrust, and securities disputes.

Adam's reputation for innovatively taking on tough cases has led to his appointment by State Attorneys General in the largest ongoing environmental PFAS water contamination cases of our time, and the historic litigation arising from Volkswagen's emissions scandal, where, as a court-appointed member of a leadership group characterized as a "class action dream team," he helped to secure a $16 billion settlement that benefitted car buyers across the United States.

Adam has also served as co-lead counsel in three of the largest biotechnology class actions in history. He secured $1.1 billion in settlements resulting from contamination of the U.S. rice supply with genetically modified seeds; helped to obtain a $550 million settlement on behalf of landowners and landscapers in a class action involving tree and other foliage death and harm caused by an herbicide; and recovered $110 million for farmers who sustained market losses on corn crops from contamination of the U.S. corn supply with genetically modified corn.

In addition to securing significant financial relief for his clients, Adam's work has changed how biotechnology class action cases are litigated in the U.S. He co-created a game-changing economic model to measure crop contamination damages that set the modern industry standard.

Adam's groundbreaking work on behalf of plaintiffs has been recognized locally and nationally in prestigious ranking directories, including *Chambers USA*, where he received a Band 1 ranking for Mainly Plaintiffs Litigation in Illinois. *Chambers USA* also ranked Adam in Illinois for General Commercial Litigation and nationwide for Product Liability Litigation, where the editors describe him as the "go-to plaintiffs' attorney in the class actions space." In 2021 and 2022, *Benchmark Litigation* awarded Adam National Litigation Star: Securities and Litigation Star in Illinois. According to *The National Law Journal*, Adam is a "pioneer" in technology litigation, and *Crain's Chicago Business* named him a 2021 Notable Gen X Leader in Accounting, Consulting, and Law.

An elected member of the American Law Institute and the Economic Club of Chicago, Adam considers the formation of DiCello Levitt Gutzler in 2017 to be a pivotal moment in his decades-long legal career. With a shared vision, foundation of trust, and commitment to holding large companies accountable for injuries caused by their products and practices, he and his partners intend to maintain their industry-wide influence and successful track record for years to come.



**Greg Gutzler**
Partner

**EMAIL**
ggutzler@dicellolevitt.com

**EDUCATION**
University of Michigan, J.D.

University of California – Berkeley, B.A.

Greg Gutzler is an experienced trial lawyer with a track record of billions in recoveries in high-stakes cases. Before joining DiCello Levitt, Greg litigated extensively on both the plaintiff and defense side, including working at his own boutique firm, one of the nation's most prestigious plaintiffs' firms, and as a partner of an Am Law 100 defense firm. He is a trusted advocate chosen by clients when they need candid, creative, and aggressive approaches to business solutions and decisive litigation strategy. Greg believes that the law is more than a means to pursue justice—it is the foundation of a society in which people are free to create, thrive, and feel protected. Beliefs become action through creativity, technical excellence, knowledge, and discipline.

Greg is a go-to advocate for any type of complex commercial litigation, business disputes, whistleblower cases, and sexual abuse cases. Clients seek out Greg for his expertise in contract, ownership, and valuation disputes. Whistleblowers also rely on Greg's experience and creativity in prosecuting SEC, False Claims Act, FIRREA, IRS, and FCPA matters. Greg's practice areas focus on ensuring that innovation thrives and creates competitive marketplaces. One of his clients, a major biotechnology company, spent billions of dollars to create a groundbreaking technology. When a competitor improperly exploited his client's intellectual property, Greg led his client's suit against the competitor, tried the case in federal court, and won a jury verdict of $1 billion in damages. This was the fourth-largest patent infringement jury verdict in U.S. history—and hammered home the point that competition, no matter how intense, must always remain fair and honorable.

Greg has litigated more than a dozen high-profile securities actions against international investment banks for misrepresentations they made to investors in connection with residential mortgage-backed securities, recovering more than $4.5 billion. When important investments and resources are at stake, hedge funds, private equity funds, venture capitalists, individuals, companies, and governmental entities turn to Greg because he is a fearless advocate in complex lawsuits in federal and state court and arbitration.

Greg is also on the front lines in protecting women and men from sexual abuse, discrimination, and exploitation. He is lead counsel in a civil suit involving the world's largest-ever sex trafficking case, which spans six countries and fifty years of abuse. On December 10, 2021, Dateline NBC featured Greg in its revered news magazine program in an episode titled, "The Secrets of Nygard Cay."

Greg's grasp of the nuances of common law—the influence of jurisdictions, who's on the bench, and more—converge in a simple insight: The system never dispenses justice based on predicable formulas, so legal professionals must fight to achieve justice. He views DiCello Levitt Gutzler as the right firm to advance that fight for its clients, drawing on a shared vision of commitment, creativity, and loyalty.



**Kenneth Abbarno**
Partner

**EMAIL**
kabbarno@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

Canisius College, B.A.

Toxic exposure to chemicals goes hand in hand with truck crash cases. Ken saw that early in his career. More than twenty years ago, Ken found himself called to the scene of a major truck crash. As a young lawyer, he witnessed what really happens in the aftermath of that kind of tragedy. He saw how truck companies protect their drivers. He saw a small police department struggle with securing a crime scene and preserving evidence. He saw how people in cars don't stand a chance when a truck driver loses control. He saw the impact that a spilled tanker can have on the environment and how toxic exposure can change lives in minutes. That experience shaped the rest of his professional career.

As a former defense lawyer, Ken was recruited by the most accomplished plaintiff-side law firms in the United States. Ken chose to join DiCello Levitt, understanding that he would have unique and unrivaled access to resources not available at any of the traditional personal injury firms. Since joining the firm, Ken has set himself apart as a leader who coordinates complex medical malpractice, birth injury, truck crash, and toxic exposure cases, all while mentoring young lawyers advancing in the trial bar and serving as the firm's General Counsel.

Over the past three decades, Ken has been recognized as a top-tier litigator in medical malpractice cases and in the transportation industry. He's litigating major medical malpractice and truck crash cases and toxic exposure cases in multiple jurisdictions across the United States. Throughout his career, Ken has been recognized by the medical and trucking industries and his peers as an elite trial lawyer.

Ken is a sought-after voice and has published articles in national transportation magazines and spoken at conferences across the country. He has been selected as an Ohio Super Lawyer every year since 2010, and was named an Inside Business Leading Lawyer, Cleveland's Transportation Lawyer of the Year, and recognized in The Best Lawyers in America.



**Mark M. Abramowitz**
Partner

**EMAIL**
mabramowitz@dicellolevitt.com

**EDUCATION**
University of Toledo College of Law,
J.D.

University of Guelph, B.A.

Mark has demonstrated expertise in leveraging cutting-edge technology in DiCello Levitt's modern and evolving trial practice to achieve what were previously believed to be impossible results for his clients. An Internet technology expert, he is a student of integrating technology into the practice of law. He has been selected to national discovery review teams and is regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning data storage and security. He has testified before the Ohio State Legislature multiple times on data security and related issues.

Mark is a respected litigator and trial lawyer who has recouped life changing compensation for clients around the country. He has expertise and experience ranging from defective products to Internet technology disputes. Mark is recognized for breaking barriers in medical malpractice litigation through groundbreaking work in exposing electronic medical record alterations and successfully expanding states' damages caps in joint replacement surgery cases.

Mark brings a unique voice to the Sedona Conference's Data Security and Privacy Liability working group and is one of the authors of Sedona's Biometric Privacy Primer. He has also served as a Trustee of the Ohio Association for Justice since 2014. Mark is currently Editor-in-Chief of *Ohio Trial* and is a member of *Law360's* Personal Injury Editorial Advisory Board.



## F. Franklin Amanat
Partner

**EMAIL**
famanat@dicellolevitt.com

**EDUCATION**
Harvard Law School, J.D., *cum laude*

The University of Pennsylvania, B.A., *summa cum laude*

Frank Amanat is a highly decorated litigator with nearly 30 years of experience in a broad range of complex legal matters. He has particular expertise in constitutional and administrative law, as well as class actions, financial and securities fraud, health care and pharmaceutical litigation, False Claims Act and FIRREA litigation, complex torts, civil rights, and environmental litigation. A veteran of 19 trials and arbitrations and dozens of appeals, Frank has led some of the largest and most consequential civil litigation in the country, appearing on both the plaintiff and defense side, and he has amassed a remarkable track record delivering successful outcomes to his clients.

Frank specializes in representing victims of fraudulent and illegal conduct, as well as whistleblowers, governmental entities, and other plaintiffs, in a wide range of high impact litigation, including class actions and multidistrict litigation. His practice focuses on financial and securities fraud, health care fraud, civil rights, mass torts, and other complex commercial litigation.

Prior to joining DiCello Levitt, Frank spent 24 years at the U.S. Department of Justice (DOJ), including more than two decades as an Assistant United States Attorney and then Senior Counsel at the U.S. Attorney's Office for the Eastern District of New York (Brooklyn), plus stints at the Office of Legal Policy (OLP) and the Office of Immigration Litigation. At DOJ, Frank handled over 400 cases, both affirmative and defensive, on behalf of more than 70 federal agencies. From 2013 to 2018, he served as lead counsel for the Government in the successful investigation and prosecution of Barclays Bank and two of its former executives for fraud in connection with the sale of residential mortgage-backed securities. The $2 billion settlement is the largest single recovery the Department of Justice has ever obtained in a civil penalty action filed under FIRREA.

For his work at OLP developing regulations implementing the Prison Rape Elimination Act (the largest and most complex rulemaking initiative ever undertaken in the Department of Justice), Frank was awarded in 2012 the Attorney General's Award for Distinguished Service, the second highest award conferred by the Department of Justice. In September 2020, Frank received the EOUSA Director's Award for Superior Performance as an Assistant United States Attorney (Civil) for his work on financial fraud and public policy cases, as well as several immigration policy class actions. In 2018, Frank received the Henry L. Stimson Medal, an award given annually by the New York City Bar Association to honor outstanding Assistant U.S. Attorneys in the EDNY and SDNY for their integrity, fairness, courage, and superior commitment to the public good.



## Greg Asciolla
Partner

**EMAIL**
gasciola@dicellolevitt.com

**EDUCATION**
Catholic University of America, J.D.

Boston College, A.B., *cum laude*

Gregory Asciolla is a Partner in DiCello Levitt's New York office, where he serves as Chair of the Firm's Antitrust and Competition Litigation Practice. Greg focuses on representing businesses, public pension funds, and health and welfare funds in complex antitrust and commodities class actions. Greg currently represents clients in antitrust matters involving price-fixing, monopolization, benchmark and commodities manipulation, pay-for-delay agreements, and other anticompetitive practices. He also has represented, pro bono, three Ugandan LGBTQ clients seeking asylum in the U.S.

Greg has recovered billions on behalf of his clients and leads extensive investigations into potential anticompetitive conduct, often resulting in first-to-file cases. Prior to joining DiCello Levitt, Greg chaired a nationally-recognized antitrust practice group as a partner and oversaw significant growth in group size, leadership appointments, cases filed, investigations, and reputation. He also litigated and managed civil and criminal antitrust matters involving price-fixing, merger, and monopolization and conducted internal investigations and managed responses to government investigations on behalf of corporate targets as a partner at Morgan Lewis & Bockius LLP. Greg began his career as an attorney at the U.S. Department of Justice's Antitrust Division, where he focused on anticompetitive conduct in the healthcare industry.

Greg is regularly appointed to leadership positions in major antitrust cases in federal courts throughout the U.S., including Generic Drugs, Eurozone Government Bonds, Platinum and Palladium, Surescripts, Crop Inputs, Opana, and Exforge.

Named a "Titan of the Plaintiffs Bar" by Law360 as well as a leading plaintiffs' competition lawyer by Global Competition Review and Chambers & Partners USA, Greg is often recognized for his experience and involvement in high-profile cases. He has been named one of the "Leading Plaintiff Financial Lawyers in America" by Lawdragon, a "Litigation Star" by Benchmark Litigation, and a "Leading Lawyer" and a "Next Generation Lawyer" by The Legal 500, with sources describing him as "very effective plaintiffs' counsel" and "always act[ing] with a good degree of professionalism."

Greg is frequently sought after by the media, including The Wall Street Journal, The New York Times, Financial Times, CNN Business, and Global Competition Review, for commentary on global antitrust developments. Greg regularly organizes and sits on panels and lectures discussing the latest developments and trends in antitrust law and frequently publishes work in national publications such as The National Law Journal, New York Law Journal, and Law360. He also served on Law360's Competition Editorial Advisory Board.

Greg makes substantial contributions to the antitrust bar. In 2016, he was elected to the Executive Committee of the New York State Bar Association Antitrust Law Section, where he formerly served as the Chairman of the Horizontal Restraints Committee. He also currently serves as Co-Chairman of the Antitrust and Trade Regulation Committee of the New York County Lawyers' Association and Membership Chair of the Committee to Support the Antitrust Laws. Greg is an annual invitee of the exclusive Antitrust Forum, serves as the U.S. Representative to the Banking Litigation Network, and is on the Advisory Board of the American Antitrust Institute.



**Bruce D. Bernstein**
Partner

**EMAIL**
bbernstein@dicellolevitt.com

**EDUCATION**
The George Washington University
Law School, J.D.

University of Vermont, B.S., *cum laude*

Bruce Bernstein has successfully handled a wide range of commercial litigation including suits against large banks, mortgage lenders, automobile manufacturers, pharmaceutical manufacturers, insurers, and healthcare systems. He has successfully litigated these matters at all levels, including before the U.S. Supreme Court.

As a Trial Attorney in the Civil Fraud Section of the U.S. Department of Justice, Bruce investigated, litigated, and resolved complex *qui tam* actions asserting claims under the False Claims Act. In addition, on behalf of the United States, he oversaw the litigation of a large action, pending in Germany, asserting securities fraud-type claims against a multinational automobile manufacturer, which was brought to recover losses incurred by the Federal Thrift Savings Plan, one of the largest defined contribution plans in the world. In private practice, he successfully litigated some of the largest securities fraud actions ever filed. Bruce was a pivotal member of the team that secured significant decisions from the Third Circuit and U.S. Supreme Court in the securities class action against *Merck & Co., Inc.*, which arose out of Merck's alleged misrepresentations about the cardiovascular safety of its painkiller drug Vioxx. That action was ultimately resolved for more than $1 billion, which at the time of its resolution, was the largest securities recovery ever achieved on behalf of investors against a pharmaceutical company.

Bruce has also served as an adjunct professor at The George Washington University Law School and taught written and oral advocacy. Separately, he has authored and co-authored a number of articles on developments in the federal securities laws, including co-authoring, along with several former colleagues, the first chapter of Lexis/Nexis's seminal industry guide *Litigating Securities Class Actions* (2010 and 2012).



**Diandra "Fu" Debrosse Zimmerman**
Partner

**EMAIL**
fu@dicellolevitt.com

**EDUCATION**
Case Western Reserve University School of Law, J.D.

City College of the City University of New York, B.A., *summa cum laude*

Diandra "Fu" Debrosse Zimmermann is managing partner of DiCello Levitt's Birmingham office, co-managing partner of the Washington, D.C. office, and co-chair of the firm's Mass Tort division. Fu is also a member of the firm's Public Client, Environmental, Personal Injury, Civil Rights, and Trial practice groups. Widely known for her relentless client advocacy, Fu represents individuals and public entities injured by wrongful conduct, whether from defective medical devices or drugs, environmental contamination, corporate misconduct, or civil rights abuse. She is nationally recognized as a powerhouse in mass torts, class actions, products liability, discrimination, and sexual assault claims. Hundreds of millions of dollars in client damages were secured by Fu's advocacy.

Fu holds prominent leadership positions for several multidistrict litigations. These include:

- Co-Lead Counsel of the *In re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation* (MDL No. 3026),
- The Plaintiffs' Executive Committee for *In re: Paraquat Products Liability Litigation* (MDL 3004)
- The Plaintiffs' Steering Committee for *In re: Smith & Nephew Birmingham Hip Resurfacing Hip Implant Liability Litigation* (MDL 2775)
- Representing dozens of municipalities in *In re: National Prescription Opiate Litigation* (MDL 2804)
- Representing municipalities in *In re: McKinsey & Company Inc., National Prescription Opiate Consultant Litigation* (MDL 2996)
- Counsel in *In re: Proton Pump Inhibitor Litigation* (MDL 2789)

Fu also held a seat on the Plaintiffs' Steering Committee for *In re: Higher One Account Marketing and Sales Practices Litigation* (MDL 2407) and has represented plaintiffs in multiple additional multidistrict litigations. In addition, Fu leads many of the firm's systematic civil rights and sexual assault cases and actively represents states and municipalities in consumer litigation.

Fu was recognized in 2022 as one of the 500 Leading Consumer Lawyers by *Lawdragon*. *Chambers USA* 2022 ranked the firm's Litigation: Mainly Plaintiffs team among the top five in Alabama. The *Birmingham Business Journal* honored Fu with a Best of the Bar Award and Who's Who in the Law recognitions in 2021. She is repeatedly named as an *Alabama Super Lawyer*, among other recognitions and awards.

Fu is a founding member of Shades of Mass, an organization dedicated to encouraging the appointment of black and brown attorneys in national mass tort actions. She is a board member of the Southern Trial Lawyers Association, a hearing officer for the Alabama State Bar, and a member of the Birmingham Bar Foundation. Fu has previously held leadership roles as a revitalizing Board of Governor member of the American Association for Justice, a member of the



Alabama Access to Justice Commission, and an Alabama State Bar vice president and commissioner. Fu also served as the president of the Magic City Bar Association, the legislative liaison to the Alabama Lawyers Association, and is a former member of the Birmingham Bar Association Executive Committee.

Fu is fluent in French and Haitian Creole and functional in Spanish. Her steadfast pursuit of justice is motivated in large part by her experience as a mother of two young girls.



**Bobby DiCello**
Partner

**EMAIL**
rfdicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

Northwestern University, M.A.

University of Dayton, B.A.

Bobby DiCello's practice encompasses locally and nationally significant cases across a broad range of topics with a focus on restoring the human dignity stolen by civil rights abuses, catastrophic injuries, defective products, and corporate misconduct.

The trial of Officer Derek Chauvin for George Floyd's murder was the most anticipated civil rights trial in recent history. When ABC News Live decided to cover the trial and produce the series "The Death of George Floyd – Derek Chauvin on Trial," they realized that they needed an authority on high-profile trials to analyze and comment on the Floyd trial. Anticipating a national and international audience, ABC called on Bobby to give his opinions on the case. Between focus group preparation for a major pharmaceutical trial and research into the psychology of modern jurors, Bobby made himself available for weeks of real-time commentary and insight into the decisions of the lawyers and presiding judge.

Bobby is a force in the trial bar. He has obtained record verdicts in cases thought unwinnable, while, at the same time, leading cutting-edge research into juror decision-making in the politically polarized jury system. Bobby has successfully tried, as a first-chair trial lawyer, catastrophic injury and death cases, civil rights cases, medical malpractice cases, mass tort bellwether cases, *qui tam* cases, and financial services, as well as major felony prosecutions, major criminal defense actions, and a variety of other cases that have branded him as one of the nation's best modern day trial lawyers.

In 2021, Public Justice awarded Bobby its prestigious Trial Lawyer of the Year award for his work in the landmark *Black v. Hicks* police brutality and corruption case in the City of East Cleveland, Ohio. Public Justice presents this annual award to attorneys who promote the public interest by trying a precedent setting, socially significant case. Bobby tried the *Black* case to a jury that awarded Mr. Black a record $50 million—a verdict that has since been sustained up to the United States Supreme Court. Bobby has also been recognized twice as an "agent of change" by *The National Law Journal* in its annual list of Plaintiffs' Lawyers Trailblazers, an honor rarely bestowed even once in a lawyer's career.

Having taught trial lawyers across the country, Bobby is also known for his dedication to improving the art of trial practice. Bobby is routinely asked to assist lawyers from across the U.S. on cases. He consults on all aspects of trial preparation and motion practice, including theme building, case framing, case messaging, and the creation of visuals for courtroom presentation and exhibits. He develops his approach through DiCello Levitt's Trial Center, where he leads focus groups, mock trials, and jury decision-making research. Bobby's work sets DiCello Levitt apart as a truly rare law firm: a plaintiffs' firm with an in-house focus group and mock trial practice that creates powerful presentations and—most importantly for our clients—meaningful verdicts.

Throughout his work, Bobby maintains a singular focus: to teach juries about the value of each of his clients and to encourage a verdict that publicly recognizes their dignity.



**Daniel R. Ferri**
Partner

**EMAIL**
dferri@dicellolevitt.com

**EDUCATION**
University of Illinois College of Law,
J.D., *magna cum laude*

New York University, B.A., *cum laude*

Dan Ferri's litigation practice focuses on fraud, breach of contract, intellectual property theft, and antitrust claims. He has achieved tens of millions of dollars in recoveries on behalf of his individual, small business, and public clients. He works to balance the scales and prevent unscrupulous business practices from going unchecked.

Dan's recent work includes successfully representing the State of New Mexico in cases arising from Volkswagen's use of "defeat devices" to cheat emissions standards and other automakers' sales of vehicles containing dangerous Takata airbag inflators. He currently represents New Mexico in asserting consumer fraud claims for deceptive "Low T" advertising and antitrust claims involving broiler chicken price fixing.

Dan was also recently instrumental in achieving a substantial settlement for a class of consumers who purchased Toyota minivans with defective sliding doors and in obtaining certification of multiple statewide classes in a case involving an oil consumption defect in popular GM trucks and SUVs. In addition to his products liability work, Dan represents individual and small business insureds in numerous class-wide coverage disputes against their insurers.



**Daniel R. Flynn**
Partner

**EMAIL**
dflynn@dicellolevitt.com

**EDUCATION**
Indiana University Maurer School of Law, J.D., *cum laude*

Illinois Wesleyan University, B.A.

Dan Flynn represents governmental entities, individual consumers, and corporate clients—all with one primary goal in mind: ensuring the protection of human health and the environment. His stewardship ensures not only that polluters be held responsible for contamination and clean-up, but that corporate entities understand their responsibilities under state and federal environmental laws. As a result of his advocacy in advising corporations on compliance, Dan's clients lead their respective industries in environmental stewardship efforts under a number of rules and regulations including the Clean Water Act, the Clean Air Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Emergency Planning and Community Right-to-Know Act, and the Resource Conservation and Recovery Act.

Dan assists corporate entities, governmental agencies, and the public by ensuring that companies that have contaminated the environment and violated regulations take responsibility for their actions. Through contribution and cost recovery actions, common law claims, citizen suits, enforcement actions, and proper due diligence and contract negotiation, he ensures polluters and bad actors remediate the harm they have caused.

Dan is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance ("PFAS") contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, IL. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Dan also works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Dan and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Dan also serves as interim co-lead counsel in a class action on behalf of the residents of Rockton, Illinois and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to his environmental work, Dan frequently counsels clients on developing and maintaining state-of-the-art safety and health programs that ensure all employees enjoy safe and healthful workplaces. He works closely with both his clients and the Occupational Safety and Health Administration ("OSHA") to enhance employee safety and health well beyond OSHA's minimum requirements.



**Karin Garvey**
Partner

**EMAIL**
kgarvey@dicellolevitt.com

**EDUCATION**
Northwestern University Pritzker School of Law, J.D.

Harvard University, A.B.

Karin E. Garvey is a partner in the New York office of DiCello Levitt and a member of the Antitrust and Competition practice group. With more than two decades of litigation experience, Karin focuses on representing businesses and public pension funds in complex antitrust class actions.

Prior to joining DiCello Levitt, Karin was a partner of a firm focusing on securities and antitrust litigation. She brings significant experience to managing complex, multi-jurisdictional cases from initial case development through resolution and appeal. In addition to deposing top executives, Karin has also prepared and defended company executives for deposition, hearing, and trial. Karin has significant experience working with experts— including economists, regulatory experts, patent experts, medical experts, toxicologists, materials scientists, valuation experts, foreign law experts, and appraisers—developing reports and testimony, preparing for and defending depositions, and taking depositions of opponents' experts. In addition, Karin has engaged in all phases of trial preparation and trial and has briefed and argued appeals. Karin also has significant experience with arbitration and mediation.

For the first two decades of her career, Karin gained significant experience in antitrust, commercial litigation, and products liability litigation at a prominent defense firm representing and counseling clients from a wide array of industries including pharmaceuticals, cosmetics, building materials, film, finance, and private equity.

Karin is recommended by *Chambers & Partners USA* and *The Legal 500* for excellence in antitrust practice. She has also been recognized by *Lawdragon* as one of the "Leading Plaintiff Financial Lawyers in America."



**Amy Keller**
Partner

**EMAIL**
akeller@dicellolevitt.com

**EDUCATION**
John Marshall Law School, J.D.

University of Michigan, B.A.

Amy Keller has held leadership positions in a variety of complex litigations across the U.S., where she has successfully litigated high-profile and costly data security and consumer privacy cases. As the firm's Privacy, Technology, and Cybersecurity practice chair, she is the youngest woman ever appointed to serve as co-lead class counsel in a nationwide class action. In the multidistrict litigation against Equifax related to its 2017 data breach, Amy represented nearly 150 million class members and helped to secure a $1.5 billion settlement, working alongside federal and state regulators to impose important security practice changes to protect consumer data.

Amy has represented consumers against industry titans like Apple, Marriott, Electrolux, and BMW, securing victories against each. Her numerous other leadership positions have required sophistication in not only understanding complex legal theories, but also in presenting multifaceted strategies and damages modeling to ensure favorable results. For example, in leading a nationwide class action related to a data breach that exposed the confidential information of nearly 300 million individuals, Amy worked with her team to develop an argument recognized by the trial court that the loss of someone's personal information, alone, could trigger financial liability. In another matter, Amy defended her team's victory all the way to the U.S. Supreme Court, ensuring that consumers would be able to band together as a class when a company defrauds them for small amounts individually that are worth millions of dollars in the aggregate.

Amy is an elected member of the American Law Institute and a two-time chair of the Chicago Bar Association Class Action Committee, where she gave a number of presentations on topics impacting large-scale consumer class actions, including presentations on emerging legal issues in privacy cases.  Ms. Keller is recognized by Illinois Super Lawyers as a "Rising Star," and is a board member and Executive Committee member of Public Justice, a not-for-profit legal advocacy organization. She is also a member of the Sedona Conference's Working Group 11, which focuses on advancing the law on issues surrounding technology, privacy, artificial intelligence, and data security, and she is also on drafting teams for both Model Data Breach Notification Principles and Statutory Remedies and the California Consumer Privacy Act. Amy is the Data Breach and Cybersecurity Practice Group Committee Chair for the American Association for Justice and previously served on the Cybersecurity & Privacy Editorial Advisory Board for Law360, where she brought plaintiff counsel's perspective to the publication's analysis of technology lawsuits.

Amy recognizes that her civic responsibilities extend beyond her profession and is active in not-for-profit organizations in her community. She is on the production team and is a writer and dancer for the Chicago Bar Association's annual Bar Show, now in its 97th year. She is a past president and now Preservation Committee Chair of the Chicago Art Deco Society, where she has been recognized by the City of Chicago and Landmarks Illinois for her leadership in landmark preservation efforts and grassroots community advocacy.



**Matthew Perez**
Partner

**EMAIL**
mperez@dicellolevitt.com

**EDUCATION**
Cardozo School of Law, J.D.

Swarthmore College, B.A.

Matt represents, individuals, businesses, public pension funds, and insurers in complex antitrust class actions. His practice spans a wide range of industries but with particular focus on pharmaceuticals and financial services. He currently litigates several pay-for-delay antitrust actions on behalf of consumers and insurers alleging delayed generic entry for Opana ER, Bystolic, Sensipar, Xyrem, and Zetia.

Matt previously worked for a nationally-recognized class action law firm and the New York State Office of the Attorney General Antitrust Bureau. He received the Louis J. Lefkowitz Memorial Award for his work investigating bid rigging and other illegal conduct in the municipal bond derivatives market, resulting in more than $260 million in restitution to municipalities and nonprofit entities. He also investigated pay-for-delay matters involving multinational pharmaceutical companies.

Matt has been named a "Rising Star" by *The Legal 500*. In law school, he received the Jacob Burns Medal for Outstanding Contribution to the Law School. He was an intern for Judge Richard B. Lowe, III, in the New York Supreme Court Commercial Division.



## Corban Rhodes
Partner

**EMAIL**
crhodes@dicellolevitt.com

**EDUCATION**
Fordham University School of Law, J.D., *cum laude*

Boston College, B.A., History, *magna cum laude*

Corban Rhodes litigates cybersecurity and data privacy matters on behalf of consumers. Working at the intersection of law and technology, Corban focuses on cases that involve the intentional misuse or misappropriation of consumer data and data breaches caused by negligence or malfeasance. He has served on the litigation teams of some of the country's most historic and groundbreaking data privacy cases. These include the historic $650 million settlement in the *Facebook Biometric Information Privacy Litigation* matter; the largest consumer data privacy settlement ever in the U.S.; and the first case to claim biometric privacy rights of consumers under the Illinois Biometric Information Privacy Act. Corban also represented consumers in the *Yahoo! Inc. Customer Data Breach Security Litigation*, which stemmed from the largest known data breach in history. He currently represents consumers in pivotal web browser privacy cases, including *Calhoun v. Google* and the *Google RTB Consumer Privacy Litigation*.

Corban also prosecutes complex securities fraud cases on behalf of institutional investors. He successfully resolved dozens of cases against some of the largest Wall Street banks in the wake of the mortgage-backed securities financial crisis, as well as some of the largest securities class actions of the last decade.



**Christopher Stombaugh**
Partner

**EMAIL**
cstombaugh@dicellolevitt.com

**EDUCATION**
Drake University School of Law, J.D., with honors

The University of Wisconsin – Platteville, B.A.

For more than 30 years, Chris Stombaugh has been devoted to his true passion, advancing the art and science of trial advocacy. Chris focuses on trial.  He has successfully tried to verdict cases for people around the country injured by hospitals, aircraft manufacturers, insurance companies, agribusiness, construction companies, and truck companies and many other industries. His approach empowers people to tell their stories in a way that resonates with juries and has led to several record-setting, seven- and eight-figure jury verdicts.

Chris speaks regularly to state bar and trial lawyer associations nationwide on modern and effective trial advocacy and is a key member of DiCello Levitt's Trial Practice Team. In addition to his own successful practice, Chris teaches trial lawyers cognitive neuroscience to benefit their clients.

Chris is the past president of the Wisconsin Association for Justice (WAJ), having served as president of the WAJ 2014 term. He has been chosen as a Wisconsin Suer Lawyer every year since 2010.  He is an active member in a number of other trial lawyer associations.



**David A. Straite, CIPP/US**
Partner

**EMAIL**
dstraite@dicellolevitt.com

**EDUCATION**
Villanova University School of Law, J.D., *magna cum laude*, Managing Editor, Law Review and Order of the Coif

Tulane University, Murphy Institute of Political Economy, B.A.

David is the nation's leading voice for the recognition of property rights in personal data, a 10-year effort culminating in the Ninth Circuit's landmark April 2020 decision in *In re: Facebook Internet Tracking Litigation* and the Northern District of California's March 2021 decision in *Calhoun v. Google*, both of which he argued. David also successfully argued for the extraterritorial application of the Computer Fraud and Abuse Act in 2019 in *In re: Apple Device Performance Litigation*, and filed the first-ever data privacy class action under seal to address a dangerous website vulnerability under Court supervision in *Rodriguez v. Universal Prop. & Cas. Ins. Co*. As M.I.T. Technology Review magazine put it in 2012, David is "something of a pioneer" in the field. He also protects investors in securities, corporate governance, and hedge fund litigation in federal court and in the Delaware Court of Chancery, admitted to practice in both New York and Delaware.

David is an adjunct professor at Yeshiva University's Sy Syms School of Business, teaching Business Law and Ethics every fall semester since 2015. He has co-authored *Google and the Digital Privacy Perfect Storm* in E-Commerce Law Reports (UK) (2013), authored *Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims*, in The International Lawyer's annual "International Legal Developments in Review" (2009), and was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, Merger Control Worldwide (2005). He speaks frequently on topics related to both privacy and investor protection.

Prior to joining the firm, David was a partner with Kaplan Fox & Kilsheimer LLP, and helped launch the US offices of London-based Stewarts Law LLP before that, where he was the global head of investor protection litigation. Prior to joining the plaintiffs' bar, David was an associate with the New York office of Skadden Arps Slate Meagher & Flom LLP.



**John E. Tangren**
Partner

**EMAIL**
jtangren@dicellolevitt.com

**EDUCATION**
University of Chicago Law School, J.D. with honors

University of Chicago, B.A. with honors

John Tangren has exclusively represented plaintiffs for the past decade in multistate automotive defect class actions. In addition to the hundreds of millions of dollars he's recovered for his clients, he also obtained nearly half a million dollars in sanctions for discovery misconduct in a class action involving unintended acceleration in Ford vehicles.

John's professional accomplishments are among the most impressive in the country. He has recovered hundreds of millions of dollars in product defect cases, including $600 million for property damage caused by an herbicide, $135 million for defective heavy truck engines, and $45 million and $40 million in cases involving defective SUV parts, all while setting himself apart as an expert legal writer and tactician.

John has been recognized as an Illinois Super Lawyer, in the National Trial Lawyers Top 40 Under 40, and as an Emerging Lawyer by the Law Bulletin Publishing Company.

He frequently lectures on class action litigation and has presented "CAFA: 12 Years Later" to the Chicago Bar Association Class Action Committee and Strafford CLE "Class Action Litigation: Avoiding Legal Ethics Violations and Malpractice Liability."



**Robin A. van der Meulen**
Partner

**EMAIL**
rvandermeulen@dicellolevitt.com

**EDUCATION**
Brooklyn Law School, J.D.

Columbia College, Columbia
University, A.B.
.

Robin A. van der Meulen is a partner in DiCello Levitt's New York, where she represents clients in complex antitrust litigation. Prior to joining DiCello Levitt, Robin was a partner in a nationally-recognized antitrust practice group, where she gained more than a decade of experience litigating a wide variety of antitrust matters, including price-fixing, monopolization, benchmark and commodities manipulation, pay-for-delay agreements, and other anticompetitive practices.

Robin was appointed co-lead class counsel for end-payor plaintiffs in the *Bystolic Antitrust Litigation*, a pay-for-delay case pending in the Southern District of New York. She is also leading *Novartis and Par Antitrust Litigation*, another pay-for-delay case seeking to recover millions of dollars in overcharges relating to the hypertension drug Exforge on behalf of end-payor plaintiffs. Robin also represents end-payor plaintiffs in the *Generic Pharmaceuticals Pricing Antitrust Litigation*, a massive case against some of the biggest drug companies in the world alleging price-fixing and anticompetitive conspiracies.

Robin was previously an associate at Willkie Farr & Gallagher LLP, where she practiced antitrust and commercial litigation. She also served as a judicial intern in the United States Bankruptcy Court for the Eastern District of New York for Judge Elizabeth S. Stong.

*Euromoney's* Women in Business Law Awards selected Robin as a finalist for Antitrust and Competition Lawyer of the Year. *The Legal 500* recommends Robin for excellence in the field of Antitrust Civil Litigation and Class Actions, describing her as "persistent, persuasive, and well-respected by peers and opponents alike" and naming her a "Next Generation Partner." She has been recognized as "Up and Coming" by *Chambers & Partners USA* and as a "Future Star" by *Benchmark Litigation*. She has also been selected to *Benchmark's* "40 & Under Hot List" as one of "the best and brightest law firm partners" and someone who is "ready to take the reins." Additionally, Robin was recognized by *The Best Lawyers in America*® in the Antitrust Law category.

Robin is an active member of the antitrust bar. She is the secretary and a member of the Executive Committee of the Antitrust Law Section of the New York State Bar Association (NYSBA), and a member of NYSBA House of Delegates. Robin is also a Vice Chair of the Insurance and Financial Services Committee of the Antitrust Section of the American Bar Association (ABA). Robin was previously a Vice Chair of the Antitrust Section's Health Care & Pharmaceutical Committee of the ABA and the Executive Editor of that Committee's Antitrust Health Care Chronicle. From 2012 to 2021, Robin was an editor of the Health Care Antitrust Week-In-Review, a weekly publication that summarizes antitrust news in the health care industry.



**Chuck Dender**
Senior Counsel

**EMAIL**
Cdender@dicellolevitt.com

**EDUCATION**
Cornell Law School, J.D.

NYU Stern School of Business, MBA

Temple University, B.A.

Chuck Dender is an experienced litigator who has practiced at two of the country's largest law firms. With a demonstrable record of excellence and a track record of success for his clients, the foundation of Chuck's broad litigation experience was formed while defending some of the most significant commercial litigation matters in the U.S. over the last two-plus decades. While Chuck began his litigation career on the defense side of the table, he is a plaintiffs' attorney at heart. He now represents plaintiffs exclusively. With a background that includes membership in the International Brotherhood of Teamsters, Chuck has personally experienced what it's like to be a plaintiff in need of outstanding legal representation.

Chuck's legal expertise is enhanced by his MBA, with a specialization in finance and quantitative finance from the New York University Stern School of Business. This additional accreditation and education gives Chuck a unique advantage when it comes to identifying issues related to financial crimes and damages issues, including working with economists and other expert witnesses. As proof of this point, Chuck played a key role in presenting the damages model of one of the largest financial institutions in the world after the collapse of Lehman Brothers Holding, Inc.

Chuck represents aggrieved investors (both individuals and entities) in all aspects of complex litigation against players in the financial services industry, as well as other public and private companies. He also represents whistleblowers who cooperate with government agencies in their efforts to shine the light on corporate malfeasance.

In whistleblower matters, Chuck has a keen understanding of both the types of information that government agencies are looking for and the best methods for presenting that information to the agencies so they can act and wield justice from corporate wrongdoers. Chuck has authored compelling whistleblower submissions on behalf of both corporate insiders and interested outsiders. He has the good fortune of learning this complicated dance under the tutelage of the principal architect of the Security and Exchange Commission's Whistleblower Program. Chuck has also presented whistleblowers and supporting witnesses in front of the highest-ranking members of the SEC's Whistleblower Program during multiple-day interviews.

Chuck is experienced in a wide range of legal disciplines, with a specific focus representing clients in litigation involving the financial services industry or any matter where the calculation and presentation of damages is anything but a run-of-the-mill issue.



**Nada Djordjevic**
Senior Counsel

**EMAIL**
ndjordjevic@dicellolevitt.com

**EDUCATION**
University of Illinois College of Law, J.D., *summa cum laude,* Order of the Coif

Grinnell College, B.A.

Nada Djordjevic brings justice for those who are harmed by consumer fraud, unfair business practices, data privacy breaches, deceptive insurance sales practices, and other egregious acts. With more than two decades of experience representing plaintiffs in class actions and complex commercial litigations, Nada zealously protects the interests of aggrieved clients throughout the United States.

From individuals or groups of consumers to businesses of all sizes, including national and multinational corporations, Nada's clients benefit from her skilled and varied litigation practice. In addition to consumer protection and class actions, she represents clients in issues related to securities fraud, ERISA violations, deceptive insurance sales practices, and *qui tam* cases under the False Claims Act.

Nada's litigation successes include a $25 million settlement on behalf of 800,000 people in a class action lawsuit. The action involved claims of violations of state consumer protection and deceptive practices laws against a major athletics event organizer. She also represented a multi-state plaintiff class in a data breach case that resulted in one of the largest breach-related settlements in healthcare. Nada was also part of the litigation team that negotiated settlements worth more than $275 million for universal life insurance policy holders in two nationwide class actions alleging improper monthly policy charges.



**Robert J. DiCello**
Of Counsel

**EMAIL**
rjdicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

John Carroll University, B.A., *magna cum laude*

A co-founder of one of DiCello Levitt's predecessor firms, Robert J. DiCello has amassed more than 45 years of professional experience and an extensive list of seven- and eight-figure recoveries for victims of injustice. He has deep experience in a wide range of class actions, personal injury cases, complex mass torts, and probate matters. Over his long and successful career, he has won multiple appeals before the Ohio Supreme Court.

Robert put himself through Cleveland-Marshall College of Law while working as a safety director at U.S. Steel Corp. While in law school, he was selected to join the *Cleveland-Marshall Law Review*. He began his legal career as an assistant prosecutor in the Lake County Prosecutor's Office and later become President of the Lake County Bar Association. He formed his own firm in 1978, managing it with great success over nearly 40 years until its members founded DiCello Levitt.



**Mark S. Hamill**
Senior Counsel

**EMAIL**
mhamill@dicellolevitt.com

**EDUCATION**
Northwestern University Pritzker
School of Law, J.D., *cum laude*

Washington & Jefferson College, B.A.

Mark Hamill concentrates his practice on commercial, antitrust, securities, and consumer cases, often taking a lead role with expert witnesses on finance, accounting, and economic topics. He also serves as eDiscovery counsel in many of his cases, leveraging his depth of experience in this area as an attorney and as an eDiscovery project manager having served Fortune 500 and major accounting firm clients in large-scale, high-intensity projects.

Mark represents companies, investors, and consumers in a variety of industries as they grapple with the financial and business impacts of unfair trade practices, business torts, oppression, securities fraud, and consumer fraud. He has worked with highly-regarded business valuation experts and economists to develop and present compelling business and damages models in emerging industries.

Mark brings an interdisciplinary perspective to his cases, based on his experience as a CPA and consultant, which allows him to develop a "no surprises" record for trial. Mark is also a U.S. Army veteran, where he served on a multinational peacekeeping force in Sinai, Egypt.



**Laura Reasons**
Senior Counsel

**EMAIL**
lreasons@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D., Highest Honors

Washington University, St. Louis, MO, B.A.

Laura Reasons leads the firm's labor and employment law practice group where she focuses on wage and hour class and collective actions across the country. She also serves as DiCello Levitt's Associate General Counsel for Employment Matters. Over the past decade, Laura has litigated the spectrum of employment law claims, including in class, collective, and systemic litigation. She previously counseled clients—from small businesses through Fortune 100 companies—on wage and hour compliance, discrimination claim avoidance, and day-to-day employment issues.

Laura's passion for representing individuals has also translated into a strong *pro bono* resume. Her *pro bono* clients include an incarcerated individual, asylum seekers, transgender individuals seeking to change their legal names and gender markers, and Deferred Action for Childhood Arrivals ("DACA") applicants. Laura was a Public Interest Law Initiative Fellow at the Domestic Violence Legal Clinic in Cook County, Illinois, working for more than ten years to represent clients seeking protective orders.

Prior to joining DiCello Levitt, Laura was part of the labor and employment practice group of an international, management-side law firm, where she defended some of the largest companies in the United States in employment law cases, including in high-stakes class and collective litigation. She brings that experience, combined with her passion for service and representing individuals, to the firm. While in law school, Laura served as a judicial extern to the Honorable George W. Lindberg of the United States District Court for the Northern District of Illinois.



**Justin S. Abbarno**
Associate

**EMAIL**
jabbarno@dicellolevitt.com

**EDUCATION**
The Ohio State University Moritz
College of Law, J.D.

The University of Dayton, B.A.,
*summa cum laude*

Justin Abbarno is an aggressive, creative, results-oriented trial lawyer whose practice focuses primarily on medical negligence, personal injury, and sexual assault cases. He is steadfast in his devotion to seeking justice and works to hold individuals and businesses accountable for the harms that his clients have suffered.

During law school, Justin was a key member of The Ohio State University's award-winning Moritz College of Law's Mock Trial Team. He also received the Michael F. Colley Award, as a top mock trial performer in the 2020 graduating class and was named "Best Attorney" during the 2019 Ohio Attorney General's Mock Trial Competition. Prior to law school, Justin graduated from the University of Dayton, *summa cum laude*, where he was elected to serve the undergraduate student body as a Representative for the UD Student Government Association. Justin was also a member of UD's NCAA Division 1 FCS Football program and was named to the Pioneer Football League's All-Academic Team.



**Veronica Bosco**
Associate

**EMAIL**
vbosco@dicellolevitt.com

**EDUCATION**
Fordham University School of Law,
J.D.

Fordham University, B.A.

Veronica Bosco is an associate in DiCello Levitt's New York office. She is a member of the firm's Antitrust and Competition practice group and focuses on litigating complex antitrust class actions on behalf of institutional investors, businesses, and consumers.

Prior to joining DiCello Levitt, Veronica was an associate in a nationally- recognized competition and antitrust litigation group, where she represented a wide variety of plaintiffs in various federal jurisdictions, including both indirect and direct purchasers, public benefit funds, and individuals. She represented institutional investors in an international antitrust litigation filed against financial institutions for collusion and price-fixing, direct purchasers in national antitrust class actions filed against large corporations, and employees in national no-poach actions.

Veronica has also previously represented businesses in opt-out litigation proceedings alleging restraint of trade in violation of antitrust laws, institutional investors in federal securities law matters, and consumers in product liability matters. She also served as a Judicial Law Clerk for Judge Claire C. Cecchi in the U.S. District Court for the District of New Jersey, where she drafted judicial opinions in several types of cases, including antitrust and ERISA cases.



**Jonathan Crevier**
Associate

**EMAIL**
jcrevier@dicellolevitt.com

**EDUCATION**
Benjamin N. Cardozo School of Law, J.D., *cum laude*

New York University, B.A., *magna cum laude*

Jonathan Crevier is an associate in DiCello Levitt's New York office. Jonathan prosecutes complex antitrust class actions on behalf of institutional investors, businesses, and consumers. He actively litigates cases against a number of the world's largest companies in antitrust matters involving alleged price-fixing, benchmark and commodities manipulation, pay-for-delay, and other anticompetitive practices.

Prior to joining the firm, Jonathan was an associate in a nationally-recognized competition and antitrust litigation group, where he represented plaintiffs in complex antitrust matters. He also previously served as a Judicial Intern for the Honorable Henry Pitman, U.S.M.J., in the District Court for the Southern District of New York.



**Sharon Cruz**
Associate

**EMAIL**
scruz@dicellolevitt.com

**EDUCATION**
Indiana University Robert H. McKinney School of Law, J.D.

Indiana University-Purdue University at Indianapolis, B.A.

Sharon Cruz is a seasoned criminal prosecutor and investigator specializing in privacy compliance, data management, and cybercrimes. She has issued and enforced hundreds of subpoenas to Facebook, Google, and other major corporations in her cybercriminal investigations. Her expertise in prosecuting Internet crimes is buttressed by years of experience in the tech field, helping her educate stakeholders, law enforcement officers, and healthcare providers on cyber safety, blockchain technology, and the dark web.

In her previous position as Assistant Attorney General for the State of Illinois's High Tech Crimes Bureau, Sharon played a pivotal role in task forces aimed at combatting human trafficking. She has prosecuted numerous child sexual exploitation cases and argued precedent-setting points of tech privacy law as it intersects with criminal activity. As a Cook County Assistant State's Attorney, she tried hundreds of assault, sexual assault, theft, and DUI trials to verdict as first chair.

Sharon's portfolio of expertise also includes prosecuting environmental crimes. As Lead Counsel for Illinois in two state environmental investigations, she secured substantial fines for the State and Illinois citizens.

Sharon has delivered multiple presentations on cybersecurity and technology, including CCPA and Why You Care About It (2017 & 2018) and Legal Issues in Internet Crimes Against Children: ICAC Investigative Techniques (2017-2019).



**Joseph Frate**
Associate

**EMAIL**
jfrate@dicellolevitt.com

**EDUCATION**
Case Western Reserve University
School of Law, J.D.

Ohio University, B.A., *cum laude*

Joe Frate's compassion, diligence, and effective communication result in successful case outcomes for his clients.

Joe received his J.D. from Case Western Reserve University School of Law. During his time at Case Western, he was a member of the Milton Kramer Health and Human Trafficking Law Clinic, where he represented and assisted disenfranchised citizens in receiving Social Security benefits and criminal record expungements. Joe was also named to the Dean's list during his time at Case Western.

Prior to law school, Joe graduated from Ohio University, *cum laude*, where he was elected to serve as Commissioner for off-campus students for the University's Student Senate.



**Allison Griffith**
Associate

**EMAIL**
agriffith@dicellolevitt.com

**EDUCATION**
The University of Alabama School of
Law, J.D.

The University of Alabama, B.A.

Allison represents individuals and public entities who have suffered significant financial or personal harm due to wrongful conduct. Before joining DiCello Levitt, Allison worked for a regional defense firm, representing individuals and businesses in diverse civil litigation matters, including premises liability, construction, transportation, products liability, and insurance coverage. In her previous role, she gained experience and proficiency at eliciting favorable testimony from friendly and adverse parties.

Allison obtained her law degree from the University of Alabama School of Law and holds a Bachelor of Arts in Political Science from The University of Alabama. While attending the University of Alabama School of Law, she served as a Senior Editor of *The Journal of the Legal Profession* and was a valued member of the John A. Campbell Moot Court Board. She also took part in the Public Interest Student Board, preparing tax returns for low-income families through the AmeriCorps SaveFirst program and mentoring children through Raise the Bar. For her efforts throughout law school, she received the Order of the Samaritan Award, the Dean's Community Service Award, and the Student Pro Bono Award.

Allison was also a member of the University of Alabama School of Law's Mediation Clinic. In that role, she served as the lead mediator on an array of family court matters, including divorce, child support, visitation, alimony, and property distribution. She is now a registered mediator with the Alabama Center for Dispute Resolution. Allison also serves on the Birmingham Bar Association Young Lawyers Executive Committee.



**Cassandra Hadwen**

Associate

**EMAIL**
chadwen@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, Illinois Institute of Technology, J.D.

University of Illinois at Chicago, B.A.

Cassandra represents governmental entities, individual consumers, and corporate clients with a focus on protecting human health and the environment. She is a lifelong environmentalist with a passion for ensuring the protection of natural resources and access to a safe environment for all. Cassandra has experience with numerous environmental statutes and regulations, including the Clean Water Act; the Clean Air Act; the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA); the Endangered Species Act; and the Resource Conservation and Recovery Act.

As a law student, Cassandra was an Executive Board member of Chicago-Kent's Student Humanitarian Network and The Women in Law Society, received the Alvin H. Baum Family Fund Environmental and Energy Law Fellow Scholarship, and was Managing Editor of the *Chicago-Kent Journal of Environmental and Energy Law*. Cassandra also participated in the environmental and energy law clinic, where she assisted on cases concerning urban environmental issues, including coal-fired power plant retirement and remediation and coal ash contamination in Chicago. Cassandra additionally received CALI Awards for achieving the highest grade in Environmental Law and Policy I, Environmental Law and Policy II, and Legal Writing for Environmental Law.

Prior to joining DiCello Levitt, Cassandra completed a fellowship representing Chicago-area environmental justice nonprofit organizations in complex equity, sustainability, and environmental and energy regulatory matters, including coal ash, PFAS, and the Climate and Equitable Jobs Act. Her focus at DiCello Levitt remains the same: ensuring that people of all backgrounds are afforded appropriate environmental protections and access to a safe and healthful environment.



**Eli Hare**
Associate

**EMAIL**
ehare@dicellolevitt.com

**EDUCATION**
Tulane University School of Law

University of Alabama, University
Honors College, *cum laude*

Eli Hare is a trial lawyer with experience litigating complex commercial, environmental, and white-collar criminal cases, Jones Act admiralty claims, and financial services matters in state and federal courts across the southeast. Eli represents individuals, businesses, and municipalities and has represented public entities in complex litigation involving multi-billion dollar contractual disputes.

Prior to joining DiCello Levitt, Eli worked with a prominent national plaintiff's firm where he represented individuals injured by wrongful conduct, environmental contamination, and civil right abuses. He also previously worked at a large regional defense firm where he represented businesses, municipalities, and nonprofit organizations through all stages of litigation. Prior to commencing his legal practice, Eli served as a judicial extern to a federal judge in the Northern District of Alabama.



**Justin J. Hawal**
Associate

**EMAIL**
jhawal@dicellolevitt.com

**EDUCATION**
Cleveland Marshall College of Law, J.D., *cum laude*

Saint Louis University, B.A., *cum laude*

Justin Hawal's work spans a broad range of practice areas, with special expertise in complex catastrophic injury, civil rights abuse, mass tort, and class action litigation.

Justin's practice also encompasses police misconduct, human trafficking, and sex abuse. He currently represents dozens of women in the largest international sex trafficking lawsuit in U.S. history against Peter Nygard and his companies. Justin was integral to the consumer plaintiffs' success in the Equifax data breach multidistrict litigation, the largest consumer data breach settlement in U.S. history.

Justin was recently one of only 40 attorneys nationwide to be named a 2021 *National Law Journal* "Elite Trial Lawyers: Rising Star." Justin was also awarded *Public Justice's* 2021 "Trial Lawyer of the Year" for his work on the trial team in *Black v. Hicks*, a groundbreaking civil rights case involving shocking police misconduct and resulting in a $50 million jury award. During law school, Justin was selected as a member of the Cleveland State Law Review and published a scholarly article regarding independent tort actions for spoliation of evidence under Ohio law. He was also an active member of the civil litigation clinic, through which he represented an asylum-seeking immigrant from Honduras fleeing gang violence.



**Joshua J. Lax**
Associate

**EMAIL**
jlax@dicellolevitt.com

**EDUCATION**
Benjamin N. Cardozo School of Law, J.D.

Syracuse University, B.A., *phi beta kappa*

Growing up, Joshua Lax had a strong sense of fairness and justice that he carried into his legal career. From a young age, he heard stories about his family's experience with persecution. Learning that terrible history fueled his commitment to fighting abuse by those who take advantage of fellow human beings.

Prior to joining DiCello Levitt, Joshua served as a senior counsel and trial specialist to the Special Federal Litigation Division of the New York City Law Department. The *New York Times* described the Division as an elite group of attorneys defending the City of New York and its employees. Joshua handled some of the most high-profile federal civil rights cases involving the City, including highly publicized trials where his words of advocacy before juries were quoted in the media. His cases stemmed from fatal shootings, wrongful death claims, reversed convictions, mental illness treatment, First Amendment claims, unlawful wiretapping, and proposed class actions. Department leaders called on Joshua to serve as an instructor for trial advocacy, deposition and mediation trainings, and continuing legal education programs because of his extensive experience.

Joshua began his career as a criminal defense attorney at a prominent firm in northern New Jersey.

In total, Joshua has completed 31 civil trials, in addition to five criminal trials in private practice. These experiences taught Joshua what it takes to develop cases that achieve the results clients seek. He has prepared hundreds of clients for testimony and holds rare and unique insights that help clients through the litigation process.

Joshua is an adjunct professor at Fordham Law School, where he teaches Fundamental Lawyering Skills, a course educating the next generation of America's lawyers in interviewing and counseling clients and negotiation. He is a member of the Federal Bar Council Inn of Court, where he helps present continuing legal education programs. He is also a member of the Federal Bar Counsel Civil Rights Committee.
While earning his law degree at the Benjamin N. Cardozo School of Law, Joshua was a member of the *Cardozo Journal of International and Comparative Law*, the recipient of the Squadron Fellowship in Law, Media, and Society, and a member of the Prosecutor Practicum.



**Michelle Locascio**
Associate

**EMAIL**
mlocascio@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D.

University of Wisconsin-Madison, B.A.

Michelle diligently works to protect consumers and individuals wronged by the malfeasance of big businesses and corporations. With her background in psychology, she is uniquely equipped to understand the needs of her clients because of her ability to actively listen, effectively communicate, and design creative legal strategies in the pursuit of justice.

Prior to joining DiCello Levitt, Michelle served as a Judicial Extern in the Circuit Court of Cook County, where she worked on a wide array of commercial matters. During law school, Michelle served as Executive Articles Editor for the *Chicago-Kent Law Review* and as a Legal Writing Teaching Assistant for first-year students. Michelle was also a member of Chicago-Kent's top-ranked Moot Court Honor Society, where she finished as a finalist in the 2020 National Health Law Moot Court Competition. Michelle additionally received a CALI Award for achieving the highest grade in Constitutional Torts and was named to the Dean's List during her time at Chicago-Kent.

Prior to law school, Michelle graduated from the University of Wisconsin-Madison with a degree in Psychology and a minor in Criminal Justice.



## Adam Prom
Associate

**EMAIL**
aprom@dicellolevitt.com

**EDUCATION**
The University of Texas School of Law, J.D.

Marquette University, B.A., *magna cum laude*

Adam Prom is an experienced litigator who represents clients in federal and state litigations and arbitrations across the United States. He has litigated a wide variety of class action and other complex litigation cases, including product liability, consumer protection, privacy, False Claims Act *qui tam*, Employee Retirement Income Security Act, securities, and other statutory claims.

He has represented individuals, small and large businesses, and public entities that have been harmed by others' unscrupulous business practices, routinely taking cases from inception through trial and settlement. Beyond his class action work and trial experience, Adam has successfully recovered settlements for individual consumers in arbitration, and he led and won a multi-day arbitration on behalf of a Chicago business against a multi-billion dollar group of trusts.

Adam has demonstrated a commitment to serving underrepresented communities, having volunteered as a mentor for high school students at the Legal Prep Charter Academy, an open-enrollment public high school in Chicago. Adam also works with Justice Defenders, a registered UK charity and U.S. nonprofit, working to provide legal education, training, and practice to African prisoners denied due process. Teaching prisoners the art of storytelling in legal advocacy helps them advance their cases within the criminal justice systems of several African nations.



**William J. Sinor**

Associate

**EMAIL**
wsinor@dicellolevitt.com

**EDUCATION**
Florida State University College of
Law, J.D.

Auburn University, B.A.

William J. Sinor represents individuals who have been hurt or wronged by the misconduct of others and has a strong dedication to achieving justice for his clients. Prior to joining DiCello Levitt Gutzler, Wil worked for a plaintiff's firm in the Birmingham area where he gained substantial litigation and trial experience representing clients in personal injury matters. He also has experience in matters involving insurance bad faith, breach of contract, wrongful death, and wrongful termination.

As a plaintiff's attorney for the majority of his career, Wil is committed to working closely with clients through every step of the litigation process, from intake to trial. Wil provides legal representation that is tailored to each client's unique situation.

While attending Florida State University College of Law, Wil served as a student attorney in the Public Interest Law Center, representing indigent clients in an array of matters. He was also a recipient of the school's Distinguished Pro Bono Award and served as a Student Ambassador for the College of Law.

Wil was born in Alabama, but raised in Costa Rica and the suburbs of Atlanta and Chicago. In his free time enjoys spending time with his wife and two daughters, exercising, and traveling.



**Anna Claire Skinner**
Associate

**EMAIL**
askinner@dicellolevitt.com

**EDUCATION**
Vanderbilt University Law School, J.D., Order of the Coif

Washington and Lee University, B.A., *cum laude*

Anna Claire represents governmental entities, individual consumers, and corporate clients with the primary purpose of the protection of human health and the environment. She has litigated cases in both administrative tribunals and state and federal court from inception through settlement and trial. She has experience with numerous environmental statutes and regulations, including the Clean Water Act, the Clean Air Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Emergency Planning and Community Right-to-Know Act, and the Resource Conservation and Recovery Act.

Anna Claire is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance (PFAS) contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, IL. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Anna Claire also works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Anna Claire and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Anna Claire is also part of the team leading a class action on behalf of the residents of Rockton, Illinois and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to her environmental work, Anna Claire also helps clients develop and maintain safety and health programs that meet all of the Occupational Safety and Health Administration's regulatory requirements and ensure all employees enjoy safe and healthful workplaces. She regularly counsels clients when compliance and litigation questions arise under the Occupational Safety and Health Act.

Outside of the office, Anna Claire continues her work on environmental-related issues by serving as co-chair of the Kentucky Bar Association's Environment, Energy, and Natural Resources section. She also focuses on giving back to her community through her participation on the executive committee of the Living Arts and Science Center Board of Directors.



**Peter Soldato**
Associate

**EMAIL**
psoldato@dicellolevitt.com

**EDUCATION**
University of Chicago Law School, J.D.

Butler University, B.A.

A steadfast trial lawyer, Peter has extensive experience advocating for clients in high-stakes courtroom settings. He began his career in the public sector, prosecuting cases on behalf of the government, and then representing individuals against the government. He leverages this experience—having tried more than 35 cases to a jury—in order to protect the interests of individuals, businesses, and public entities in a wide range of disputes.

Peter prides himself on applying the most advanced methods of trial advocacy in arguing a client's case to judge or jury. As a graduate of the Trial Lawyer's College, Peter employs focus group analysis and an in-depth understanding of cognitive neuroscience in advocating effectively on behalf of clients.

Outside of the office, Peter dedicates his time teaching the art of trial advocacy and communication to future generations of trial lawyers, working previously with the Indiana Bar Foundation, and now the Ohio Center for Law-Related Education.



**James Ulwick**

Associate

**EMAIL**
Julwick@dicellolevitt.com

**EDUCATION**
Loyola University Chicago, J.D., *cum laude*

Kenyon College, B.A.

James Ulwick is an associate in DiCello Levitt's Chicago office with experience litigating complex commercial cases and actions involving serious injuries. He represents individuals, businesses, and public entities in a wide range of disputes, protecting their interests in state and federal courts across the country.

Prior to joining the firm, James was an insurance defense attorney, representing individuals, corporations, and local municipalities through all stages of litigation.

He has successfully argued for the dismissal of several suits, including their subsequent appeals in multiple state courts of appeal, and has successfully obtained favorable resolutions for his clients through dispositive motions, mediation, and settlement. While this experience was valuable, James joined the firm because he wanted to pivot his focus from defending insurance companies to protecting consumers and those injured by corporate malfeasance.

Outside of the office, James has focused on assisting in the development of the next generation of trial and appellate litigators by coaching the Loyola University Chicago National Health Law Moot Court Team.



Paige White's practice currently focuses on civil rights, police brutality, and wrongful death cases. Paige began her career in public service, working as a public defender at the Neighborhood Defender Services of Harlem in New York City where she handled hundreds of charges from felony narcotics to violent crimes. She later joined the Public Defender Service for the District of Columbia, defending adults and juveniles on serious felony cases including violent sexual assault and homicide. While working for the Public Defender, she successfully argued a series of writs of habeas corpus over the conditions at the D.C. Central Detention Facility, which subsequently lead to a number of individuals being immediately released.

**Elizabeth Paige White**
Associate

**EMAIL**
Julwick@dicellolevitt.com

**EDUCATION**
University of Florida, Levin College of Law, J.D.

Temple University, B.A.

Paige is the current President of the Young Lawyer's Division of the Bar Association for D.C., and is a proud member of Alpha Kappa Alpha Sorority Incorporated, Trial Lawyers for the District of Columbia, and the National Bar Association. She earned her J.D. from the University of Florida's Frederic C. Levin College of Law, where she was the only woman that year to be included in the UF Trial team's "Final Four." During law school, she interned for Congresswoman Frederica Wilson, for whom she created a national campaign to support the kidnapped Nigerian schoolgirls. Paige holds a Bachelor's degree from Temple University in political science and sociology with a Spanish minor.

Paige is also honored to serve as Of Counsel to attorney Ben Crump and his law firm Ben Crump Law PLLC.

