# Exhibit 10

Declaration of Syed Ali Saeed, Esq.
Saeed & Little, LLP

*In re Fairlife Milk Products Marketing and Sales Practices Litig.*
MDL No. 2909, Lead Case No. 19-cv-03924-RMD-MDW (N.D. Ill.)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 2909<br><br>Master Case No. 19-cv-3924<br><br>Judge Robert M. Dow, Jr. |

## DECLARATION OF SYED ALI SAEED ON BEHALF OF SAEED AND LITTLE, LLP IN SUPPORT OF PLAINTIFFS' PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS

I, Syed Ali Saeed, declare and state as follows:

1. I am a Partner at the law firm of Saeed & Little, LLP. I submit this Declaration in support of Plaintiffs' Petition for an Award of Attorneys' Fees and Costs, and Service Awards, and in connection with services rendered and expenses incurred by my firm in connection with this litigation.

2. My firm has acted as counsel in this action. Specifically, my firm filed *Sabeehullah et.al.* v. *Fairlife, LLC et.al*, which was consolidated in this MDL, and individually represents class representatives Nabil Khan. During the period from case inception through October 2, 2019, my firm conducted the following activities for the common benefit of Plaintiffs:

    a. Vetted multiple prospective plaintiffs, researched causes of action against the Defendants and identity of potential Defendants, sent pre-suit notices,

        drafted and filed pleadings and several other tasks necessary to manage and stay apprised of the proceedings in this matter.

3. The total number of common benefit hours expended on this litigation by my firm from case inception through October 2, 2019, are 38.1. The total common benefit lodestar for my firm in this time period is $ 16,595.

4. For the time period October 3, 2019, through June 30, 2022, and at the request of Plaintiffs' Co-Lead Counsel, my firm conducted the following activities for the common benefit of Plaintiffs:

    a. Vetted prospective plaintiffs, reviewed pleadings and motions filed in this matter, managed existing clients, reviewed settlement documents, and several other tasks necessary to manage and stay apprised of the proceedings in this matter.

5. The total number of hours expended on this litigation by my firm from for the time period October 3, 2019, through June 30, 2022, for the common benefit of Plaintiff and class members, is 22.4 hours. The total lodestar for my firm in this time period is $ 10,080.

6. The total number of common benefit hours expended on this litigation by my firm from case inception through June 30, 2022, is 60.5 hours. The total lodestar for my firm is $ 26,675. My firm's lodestar figures are based on the firm's current hourly billing rates. The hourly rates for the partners, attorneys, and professional support staff in my firm are the same as the usual and customary hourly rates charged for their services in contingent billable matters. The total number of hours was determined by the examination of daily time records regularly prepared and maintained by my firm and which have been provided to Co-Lead Counsel for their review.

7. Attached hereto as **Exhibit A** is a detailed summary indicating the amount of time spent by the partners, attorneys and other professional support staff of my firm who have been involved in this litigation, and the lodestar calculation is based on my firm's current hourly billing rates from case inception through June 30, 2022.

8. As detailed in **Exhibit B**, my firm has incurred a total of $ 1,116.30 in unreimbursed expenses during the period from case inception through June 30, 2022.

9. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th of July 2022 at Indianapolis, Indiana.

_____
Syed Ali Saeed

*Counsel for Plaintiff Nabil Khan*

# Exhibit A

Saeed & Little, LLP
Lodestar Summary

*In re Fairlife Milk Products Marketing and Sales Practices Litig.*
MDL No. 2909, Lead Case No. 19-cv-03924-RMD-MDW (N.D. Ill.)

*In re Fairlife Milk Products Marketing and Sales Practices Litigation*
MDL No. 2909

## Exhibit A

## Lodestar Summary

Firm: **Syed Ali Saeed**
Reporting Period: **Inception through June 30, 2022**

| Professional | Title | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Syed Ali Saeed | P | 450 | 58.5 | $26,325 |
| Ienny Ribon | PL | 175 | 2 | $350 |
| | | | | |
| | | | | |
| | | | | |
| | | Totals | 64.6 | $26,675 |

Title:
    Partner (P)
    Associate (A)
    Paralegal (PL)
    Of Counsel (OC)
    Law Clerk (LC)
    Legal Assistant (LA)

# Exhibit B

Saeed & Little, LLP
Expense Summary

*In re Fairlife Milk Products Marketing and Sales Practices Litig.*
MDL No. 2909, Lead Case No. 19-cv-03924-RMD-MDW (N.D. Ill.)

*In re Fairlife Milk Products Marketing and Sales Practices Litigation*
MDL No. 2909

**Exhibit B**

**Expense Summary**

Firm: **Saeed & Little, LLP**
Reporting Period: **Inception through June 30, 2022**

| Expense | Amount |
|---|---|
| Court Costs (*i.e.*, Filing Fees) | $ 400 |
| Experts / Consultants | |
| Federal Express / UPS | |
| Postage / U.S. Mail | |
| Service of Process | |
| Messenger / Delivery | |
| Hearing Transcripts | |
| Investigation | |
| Westlaw / Lexis | |
| Photocopies (in House) | |
| Photocopies (Outside) | |
| Telephone / Telecopier | |
| Travel – Transportation* | $ 566.3 |
| Travel – Meals** | $ 150 |
| Travel – Hotels | |
| Miscellaneous | |
| **Total** | **$1,166.30** |

5